# PRELIMINARY EXHIBIT LIST FOR THE UNITED STATES

| UNITED STATES v. JUDITH NEGRON | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| ASSISTANT U.S. ATTORNEYS:   JENNIFER L. SAULINO & BENJAMIN SINGER  DEFENSE COUNSEL:   BARRY M. WAX | CASE NUMBER:  10-CR-20767-KING JUDGE:           JAMES LAWRENCE KING  COURTROOM DEPUTY: JOYCE WILLIAMS COURT REPORTER: ROBIN DISPENZIERI |
| List as of 8/11/2011 | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 1 | National Behavioral Health Association Photograph | | | |
| 2 | Search Photo of ATC- Miami Location | | | |
| 2A | Search Photo of ATC- Miami Location | | | |
| 2B | Search Photo of ATC- Miami Location | | | |
| 2C | Search Photo of ATC- Miami Location | | | |
| 3 | Search Photos of ATC- Broward Location | | | |
| 4 | Judith Negron Employee File- ATC | | | |
| 5 | Judith Negron Employee File- Medlink | | | |
| 6 | Mental Health Counselor Licensing Papers for Judith Negron | | | |
| 7 | Licensing Requirements- Mental Health Counseling | | | |
| 8 | Judith Negron Drivers License | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 9 | **Meeting Minutes: 1/12/2006** | | | |
| 10 | **Meeting Minutes: 3/24/2006** | | | |
| 11 | **Meeting Minutes: 9/14/2006** | | | |
| 12 | **Meeting Minutes: 3/1/2007** | | | |
| 13 | **Meeting Minutes: 4/16/2009** | | | |
| 14 | **E-mail: 8/14/2007** | | | |
| 15 | **E-mail: 7/21/2008** | | | |
| 16 | **E-mail: 8/21/2008** | | | |
| 17 | **E-mail: 6/2/20009** | | | |
| 18 | **Daily Group Therapy Notes: 12/26/2009** | | | |
| 19 | **American Sleep Institute Referral Form** | | | |
| 20 | **Letter to ATC from Elizabeth Poteet's Attorney** | | | |
| 21 | **Juan Carlos Lopez E-mail** | | | |
| 22 | **Medlink Corporate Certification Documents** | | | |
| 23 | **American Sleep Institute Corporate Certification Documents** | | | |
| 24 | **TMED Logistics Corporate Certification** | | | |
| 25 | **American Therapeutic Corporation Corporate Certification- Filed 6/12/2000** | | | |
| 25A | **American Therapeutic Corporation Corporate Certification- Filed 12/13/2002** | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 25B | American Therapeutic Corporation Corporate Certification- Filed 4/9/2007 | | | |
| 26 | All Phase Research Institute Corporate Certification | | | |
| 27 | Clearview Estates Corporate Certification | | | |
| 28 | Fates Elite Holding Corporate Certification | | | |
| 29 | Keith Humes Personal Calendar | | | |
| 29A | Page from Keith Humes Personal Calendar | | | |
| 30 | American Sleep Institute Medicare Enrollment Documents | | | |
| 31 | Blank Health Insurance Claim Form 1500 | | | |
| 32 | Blank Health Insurance Claim Form 1450 | | | |
| 33 | ATC Medicare Claims Data | | | |
| 33A | Ruben Martinez ATC Claims Data | | | |
| 33B | James Pratt ATC Claims Data | | | |
| 33C | Cedric Crump ATC Claims Data | | | |
| 34 | American Sleep Institute Medicare Claims Data | | | |
| 34A | James Pratt ASI Claims Data | | | |
| 34B | Cedric Crump ASI Claims Data | | | |
| 35 | Local Coverage Determination for Psychiatric Partial Hospitalization Program | | | |
| 36 | Local Coverage Determination for Group Psychotherapy | | | |
| 37 | Local Coverage Determination for Polysomnography and Sleep Testing | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 38 | Dr. Marvin Herz Resume | | | |
| 39 | Ruben Martinez ATC Patient File- 31018 | | | |
| 39A | Ruben Martinez ATC Patient File- 31018-1 | | | |
| 39B | Ruben Martinez ATC Patient File- 31018-2 | | | |
| 39C | Ruben Martinez ATC Patient File- 31018-3 | | | |
| 39D | Ruben Martinez ATC Patient File- 31018-4 | | | |
| 39E | Ruben Martinez ATC Patient File- 31018-5 | | | |
| 39F | Ruben Martinez ATC Patient File- 31018-6 | | | |
| 40 | James L. Pratt ASI Patient File- 0619 | | | |
| 41 | Hilda Colina Primary Care Physician Notes | | | |
| 41A | Hilda Colina Primary Care Physician Notes | | | |
| 42 | Medlink Wachovia Account: 0305 | | | |
| 42A | Signature Card for Account 0305 | | | |
| 42B | Selected Checks to Adriana Mejia from Medlink, 0305 | | | |
| 42C | Checks to Pedro Sosa From Medlink, 0305 | | | |
| 42D | Checks to Gustavo Borges From Medlink, 0305 | | | |
| 42E | Checks to Luis Escobar From Medlink, 0305 | | | |
| 42F | Checks to Yoisel Cancio From Medlink, 0305 | | | |
| 42G | Checks to Juan Cervantes From Medlink, 0305 | | | |
| 42H | Checks to Charles Tipton From Medlink, 0305 | | | |
| 42I | Checks to Victor Rodriguez From Medlink, 0305 | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 42J | Checks Negotiated on 3/1/2006 | | | |
| 42K | Checks Negotiated on 3/2/2006 | | | |
| 42L | Checks Negotiated on 3/6/2006 | | | |
| 42M | Checks Negotiated on 3/9/2006 | | | |
| 42N | Checks Negotiated on 7/28/2006 | | | |
| 43 | American Sleep Institute Bank Account: 6530 | | | |
| 44 | American Sleep Institute Bank Account: 9513 | | | |
| 45 | ATC Bank Account: 5837 | | | |
| 46 | ATC Bank Account: 6543 | | | |
| 47 | ATC Bank Account: 8219 | | | |
| 48 | ATC Bank Account: 9795 | | | |
| 49 | ATC Bank Account: 2210 | | | |
| 49A | Deposits and Statements for Account 2210 | | | |
| 49B | Checks to Medlink from Account 2210 | | | |
| 49C | Checks to Judith Negron from Account 2210 | | | |
| 50 | Fates Elite Holding Bank Account: 1979 | | | |
| 51 | Judith Negron Bank Account: 0117 | | | |
| 52 | Judith Negron Bank Account: 0120 | | | |
| 53 | Judith Negron Bank Account: 9917 | | | |
| 54 | Judith and Hector Negron Bank Account: 2719 | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 55 | **TMED Bank Account: 9526** | | | |
| 56 | **Check Identified in Count 15** | | | |
| 57 | **Check Identified in Count 16** | | | |
| 58 | **Check Identified in Count 17** | | | |
| 59 | **Check Identified in Count 18** | | | |
| 60 | **Check Identified in Count 19** | | | |
| 61 | **Wire Transfers Identified in Counts 20-25** | | | |
| 62 | **Check Identified in Count 26** | | | |
| 63 | **Check Identified in Count 27** | | | |
| 64 | **Check Identified in Count 28** | | | |
| 65 | **Check Identified in Count 29** | | | |
| 66 | **Checks Identified in Count 30** | | | |
| 67 | **Checks Identified in Count 32** | | | |
| 68 | **Checks Identified in Count 33** | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 69 | **Checks Identified in Count 34** | | | |
| 70 | **Checks Identified in Count 37** | | | |
| 71 | **Checks Negotiated on 9/9/2009** | | | |
| 72 | **Checks Negotiated on 4/6/2009** | | | |
| 73 | **Checks Negotiated on 3/18/2009** | | | |
| 74 | **Checks Negotiated on 1/13/2010** | | | |
| 75 | **Marianella Valera Drivers License** | | | |
| 76 | **Lawrence Duran Drivers License** | | | |
| 77 | **Gustavo Borges Drivers License** | | | |
| 78 | **Gustavo Borges Medlink Employee File** | | | |
| 79 | **Louis Escobar Drivers License** | | | |
| 80 | **Louis Escobar Medlink Employee File** | | | |
| 81 | **Pedro Sosa Drivers License** | | | |
| 82 | **Pedro Sosa Medlink Employee File** | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 83 | **Yoisel Cancio Drivers License** | | | |
| 84 | **Yoisel Cancio Medlink Employee File** | | | |
| 85 | **Joseph Valdes Plea Agreement** | | | |
| 86 | **Keith Humes Plea Agreement** | | | |
| 87 | **Alan Gumer Plea Agreement** | | | |
| 88 | **Margarita Acevedo Plea Agreement** | | | |
| 89 | **Adriana Mejia Plea Agreement** | | | |
| 90 | **David Salamon Non-Prosecution Agreement** | | | |
| 91 | **ATC Bank Account: 0321** | | | |
| 92 | **Judith Negron Bank Account: 5321** | | | |
| 93 | **Cedric Crump ASI Patient File** | | | |
| 94 | **Ruben Martinez Larkin Hospital Patient File** | | | |
| 95 | **Ruben Martinez Homestead Hospital Patient File** | | | |
| 96 | **Ruben Martinez General Practitioner Patient File** | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 97 | Ruben Martinez Homestead Hospital Patient File | | | |
| 98 | Adriana Mejia Medlink Employee FIle | | | |
| | [99-199 Intentionally Left Blank] | | | |
| 200 | ATC Scheme (demonstrative exhibit) | | | |
| 201 | ATC Leadership (demonstrative exhibit) | | | |
| 202 | Map of ATC Locations (demonstrative exhibit) | | | |
| 203 | ATC Organizational Chart (demonstrative exhibit) | | | |
| 204 | Summary of ATC and ASI Billing (summary exhibit) | | | |
| 205 | Flow Chart of Top Ten Medlink 0305 Payees (summary exhibit) | | | |
| 205 | Payments to Judith Negron (summary exhibit) | | | |
| 206 | Analysis of Medlink 0305 Deposits (summary exhibit) | | | |
| 207 | Analysis of ASI 9513 Deposits (summary exhibit) | | | |
| 208 | Analysis of ATC 2210 Deposits Summary (summary exhibit) | | | |
| 209 | Analysis of ATC 2210 Deposits Bar Chart (summary exhibit) | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 210 | **Analysis of Checks to Escobar, Cancio, Sosa, and Borges (summary exhibit)** | | | |