UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
EVIDENTIARY MINUTES - SENTENCING

Case No. <u>10-20767-CR-KING(s)</u>   Date: <u>December 8, 2011</u>   Judge James Lawrence King
Defendant: **Judith Negron**   Defense counsel: <u>Barry M. Wax, Esq..</u>   .
AUSA:   <u>Jennifer Saulino, DOJ</u>   USPO: <u>Lakiesha Brantley</u>

## JUDGMENT AND SENTENCE

|  | YEARS | MONTHS | DAYS | TIME SERVED |
|---|---|---|---|---|
| Counts | **35 Years** (to be allocated by counts by separate order of the Court) | | | |

( ) Defendant given credit for time served
(X) CONCURRENT as to counts 1, 6, 7,14, 15,-27, 28, 29, 32, 33, and 37 with each other and to run consecutive with counts 13   (X) CONSECUTIVE as to 13

(X) Assessment $<u>   2400.00   </u>
( ) Fine: (X) none imposed   <u>-0-</u>
( ) The court orders restitution in the amount of & $87,533,863.46 joint and several with co-defendants Lawrence S. Duran; Marianella Valera; Margarita Acevedo, Medlink Professional Management Group, Inc.; American Therapeutic Corporation; and the defendants in case no. 11-20100-CR-SEITZ
( ) Count remaining dismissed _____
(X) **Forfeiture entered**

**(X) SUPERVISED RELEASE
( ) PROBATION**
                        **YEARS**

Counts: All counts        <u>   3   </u>

( ) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement for a period of
(X) CONCURRENT ( ) CONSECUTIVE (X) Employment and Self Employment Restriction
( ) Substance Abuse Treatment  (X) Financial Disclosure  ( ) Permissible Search  (X) Incur No New Debt   (X) Health Care Restriction (X) Related Concern Restriction


## CUSTODY
(X) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
(X) The court recommends:
( ) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.   ***RIGHT TO AN APPEAL GIVEN OPEN COURT***

- The Court finds that the original computation of the Pre-Sentence Investigation Report has been changed by the Probation Office
- The Court finds that the Order and Findings of Facts by this Court set forth in the Sentencing

Page 1 of 2

- Hearings of co-defendants Lawrence S. Duran and Marianella Valera will be the same and are hereby incorporated into this hearing.
- The Government's Objection to the Pre-Sentence Investigation Report re: Abuse of Trust is hereby - **MOOT**
- Defendant's Objections to the Pre-Sentence Investigation Report held
  1- Paragraphs 33, 47, 68 and 69 of the Report
- The Court finds that with the exception of life manor is **DENIED**.
  2- *The Intended Loss*:
- The Court finds that the objection is hereby **OVERRULED/DENIED**
- 3- *Sophisticated Laundering*
- The Court finds and concludes that the 2 points is appropriate. Therefore, the objection is hereby Overruled/**DENIED**
- 4- *Vulnerable Victim*
- The Court finds that the 2 points enhancement is appropriate. Therefore, the objection is hereby **OVERRULED/DENIED**
- 5- *Organizer Role* -
- The Court finds that the 4 points enhancement is appropriate. Therefore, the objection is **OVERRULED/DENIED**
- *6- Amount of Gross Salary*
- The Court finds that the objection is **Sustained** /Probation shall correct paragraph 117
- Defendant's Motion for Downward Departure held (D.E. #384)
- Witnesses called and evidence entered
  1. Gilbert Soles
  2. Yolanda Soles
  3. Aerlin Diaz
  4. Pastor Jorge Grandeur
  5. Alfredo Cruz
  6. Yamelet Cruz
  7. Judith Negron
- Oral Argument held re: Illocution for Sentencing
- The Court finds that the motion be and the same is hereby - **GRANTED**
- Counsel for the defendant shall file motions for recommendations for placement in the Bureau of Prisons at a later date

Courtroom Deputy: Joyce M. Williams
Court Reporter: Lisa Edwards