AO 187 (Rev. 4/82)

# EXHIBIT AND WITNESS LIST

**UNITED STATES OF AMERICA** vs. **JUDITH NEGRON**

**DISTRICT COURT:** SOUTHERN

**DOCKET NUMBER:** 10-20767-CR-KING (s)

**PLAINTIFF'S ATTORNEY:** Jennifer L. Saulino, DOJ

**DEFENDANT'S ATTORNEY:** Barry M. Wax, Esq.

**TRIAL DATE(S):** Sentencing December 8, 2011

**PRESIDING JUDGE:** James Lawrence King

**COURT REPORTER:** Lisa Edwards

**COURTROOM DEPUTY:** Joyce M. Williams

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A | 12-8-2011 | ✓ | 12-8 | Sentencing Memorandum (Defendant) DE #383 |
|  | ✓ | 12-8-2011 |  |  | Gilbert Soles |
|  | ✓ | 12-8-2011 |  |  | Yolanda Soles |
|  | ✓ | 12-8-2011 |  |  | Aerlin Diaz |
|  | ✓ | 12-8-2011 |  |  | Pastor Jorge Grandeur |
|  | ✓ | 12-8-2011 |  |  | Alfredo Cruz (Spanish Interpreter required) |
|  | ✓ | 12-8-2011 |  |  | Yamelet Cruz |
|  | ✓ | 12-8-2011 |  |  | Judith Negron |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages