```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
 3                     CASE 10-20767-CR-JLK
 4
    UNITED STATES OF AMERICA,
 5
                         Plaintiff,
 6
         vs.                                    MIAMI, FLORIDA
 7                                              OCTOBER 27, 2010
    LAWRENCE S. DURAN,
 8  et al,
 9                       Defendants.
10
              TRANSCRIPT OF RULE 17 SCHEDULING CONFERENCE
11            BEFORE THE HONORABLE JAMES LAWRENCE KING
                SENIOR UNITED STATES DISTRICT JUDGE
12
13  APPEARANCES:
14  FOR THE GOVERNMENT:
                            JENNIFER L. SAULINO, A.U.S.A.
15                          U.S. Department of Justice
                            Criminal Division - Fraud Section
16                          Bond Building
                            1400 New York Avenue N.W.
17                          Washington, DC  20530
                            Email:  jennifer.saulino@usdoj.gov
18
    FOR THE DEFENDANT
19  LAWRENCE DURAN:
                            LAWRENCE RICHARD METSCH, ESQ.
20                          Metsch & Metsch
                            20801 Biscayne Boulevard, Ste. 307
21                          Aventura, FL  33180 - 305/792-2540
                            Email:  l.metsch@metsch.com
22
    FOR THE DEFENDANT
23  MARIANELLA VALERA:
                            ARTHUR W. TIFFORD, ESQ.
24                          1385 N.W. 15th Street
                            Miami, FL  33125 - 305/545-7822
25                          Email:  tiffordlaw@bellsouth.net
```

2

```
 1   APPEARANCES CONT'D:
 2   FOR THE DEFENDANT
     JUDITH NEGRON:
 3                       BARRY MICHAEL WAX, ESQ.
                         Law Offices of Barry M. Wax
 4                       800 Brickell Avenue, Penthouse 2
                         Miami, FL  33131 - 305/373-4400
 5                       Email:  barrywax@bellsouth.net
 6   FOR THE DEFENDANT
     MARGARITA ACEVEDO:
 7                       EDWARD R. SHOHAT, ESQ.
                         Shohat Loewy & Shohat
 8                       800 Brickell Avenue, Penthouse 2
                         Aventura, FL  33180 - 305/358-7000
 9                       Email:  ed@slsdefense.com
10   REPORTED BY:
                         LARRY HERR, RPR-CM-FCRR-AE
11                       Official Federal Court Reporter
                         United States District Court
12                       Wilkie D. Ferguson Federal Courthouse
                         400 No. Miami Avenue, Ste. 8N09
13                       Miami, FL  33132 - 305/523-5290
                         Email:  larry_herr@flsd.uscourts.gov
14
15
16
17
18
19
20
21
22
23
24
25
```

1           THE COURT:  We are here this morning on a Rule 17

2    scheduling conference in the matter of United States vs. Duran,

3    Valera, Negron, Acevedo, American Therapeutic, and Medlink

4    Professional Management Group, Case No. 10-20767-Criminal.

5           May I have the appearances for each of you, starting

6    with the government.

7           MS. SAULINO:  Thank you, your Honor.  Jennifer Saulino

8    for the United States.

9           THE COURT:  For Mr. Duran?

10          MR. METSCH:  My name is Larry Metsch, and I represent

11   Defendant Duran.

12          MR. TIFFORD:  Good morning, your Honor.  Arthur

13   Tifford representing Ms. Valera.

14          MR. WAX:  Good morning, your Honor.  Barry Wax on

15   behalf of Judith Negron, who is present at counsel table.

16          MR. SHOHAT:  Good morning, your Honor.  Nice to see

17   you.  Ed Shohat on behalf of Margarita Acevedo, who is back in

18   the court sitting next to her husband in the back of the

19   courtroom.

20          THE COURT:  Thank you, Mr. Shohat.  I didn't see you

21   sitting over there.

22          Ms. Saulino, all these people have been here many

23   times.  They have been taking all their business elsewhere

24   until recently.  So it is good to see you back.

25          We are here on a Rule 17 scheduling conference.  As

1    you know, the primary purpose is to pick a trial date.  Given

2    the complexities of a large metropolitan court, which the

3    Southern District of Florida has been for the last ten or 15

4    years, we have scheduling problems with other divisions of

5    court.  So what I do, as most of you know, I think, is

6    promptly, that is promptly as soon as an indictment comes down

7    and I know about it, we set it for a hearing with all of you

8    here with your calendars and schedules and we pick a trial time

9    that does not conflict with any other division of this court,

10   circuit court, small claims court, or whatever.  We just pick a

11   time when you all don't have a conflict.  Then it is literally

12   set in concrete, as you know, and there is no deviation from

13   that, absent some extraordinary circumstance.

14          That's one of the primary purposes of the hearing this

15   morning, and there probably will be a series of Rule 17

16   hearings as the case goes forward if, as I suspect, without

17   knowing at all, I know nothing about this case, but I suspect

18   there is a lot of documentation and a lot of paper and possible

19   exhibits or whatever.

20          So, therefore, it may be that we have to have several

21   of these conferences about setting, in an expeditious and

22   efficient way, to manage the paper flow and all the documents.

23   We don't intend to do all of that this morning.  The primary

24   thing we have to do this morning is get a conflict-free trial

25   date.  We must factor in the estimate on the face sheet of this

1    indictment by the government that the case will take 30 trial

2    days to try.  That would be, in this division, six weeks.

3            As you know, we go Monday through Friday, 9:00 to

4    5:00, 9:00 to 5:30 or something.  We don't do Monday,

5    Wednesday, and Friday or when the tide is out.  We just start

6    and go through the trial.  That's the schedule we follow, and

7    the government has given their reasonable best estimate, which

8    may be predicated on something they do in Southern New York or

9    somewhere unlike here.  I don't know.  It may be that your

10   estimate of 30 days, knowing that we try them Monday through

11   Friday, 9:00 to 5:00 basically, that may factor into your

12   calculation, and you may think that it will take a little less

13   than 30 days or not.

14           I want everybody's best estimate on the trial time.

15   The government has given me theirs in their face sheet that

16   they filed with the indictment, which is 30 days.  That equals

17   three two-week trial periods, or six weeks.  So when we talk

18   about the trial date that you all want to try this case, we

19   have to take that into account, along with all the schedules of

20   busy lawyers who have already been set for hearings and trials

21   all over not only the Southern District, but, looking at this

22   group of lawyers, all over the eastern seaboard of the United

23   States.

24           It would not surprise me to see one, two, or three of

25   you in a trial in New York or Philadelphia or Chicago or

1   whatever because everybody knows that the trial lawyers in the

2   Southern District of Florida are the best.  So when they get in

3   trouble in New York, they come down here and get a good lawyer,

4   all of which I think is good for the Bar here, and I'm in favor

5   of it.  But I do want to get a trial date that doesn't conflict

6   with some other Judge somewhere.

7        That's just a wordy way of giving you a little

8   background on what you can expect regarding how we will

9   proceed, particularly with the trial date.

10       I have not seen the minutes.  I know there was a

11  hearing before, I believe it was, Magistrate Judge Torres, but

12  a Magistrate Judge yesterday.  There was a preliminary hearing

13  about bonds.  Is it Judge Torres?

14       MS. SAULINO:  Last week it was Judge Torres, but

15  yesterday it was in front of Judge Simonton.

16       THE COURT:  Ms. Williams checked with Judge Simonton's

17  staff and learned that, at this point at least, the three of

18  the individual defendants are in custody and one bond was set.

19  It may or may not -- I don't know what the status of the

20  defendants are, if they are all in custody or one or more are

21  on bond.  And that's a factor we must determine initially.

22  Would somebody tell me, Ms. Saulino, what's the status of the

23  defendants, as far as you know?

24       MS. SAULINO:  Thank you, your Honor.  Ms. Acevedo, I

25  believe, has made her bond.

1      MR. SHOHAT:  That's correct, she's in the back of the

2  courtroom.

3      MS. SAULINO:  She's the only defendant who is

4  currently not in custody.  Ms. Negron had a bond set yesterday,

5  but has not yet met it.

6      And Mr. Duran and Ms. Valera were detained prior to

7  trial.

8      THE COURT:  So this impacts on the trial date setting.

9  Of course, if people are in custody, awaiting trial, they would

10  presumably want to get the trial date set as promptly as it

11  could be, consistent with their attorney's ability to be fully

12  and adequately prepared.  So that's why I ask about the trial

13  status.  I mean the bond status.

14      You understand the purpose that we are here working

15  toward.  So let me inquire of the government as to, number one,

16  your best estimate of the trial time, whether or not it is

17  still 30 days, and secondly, of course I'm presuming the

18  government is ready to go to trial at any time because the

19  government gets to control the date of the indictment, so if

20  they need another month, two weeks, or six weeks, they just

21  wait from the Grand Jury.  Experience teaches me some of this

22  stuff.

23      The government is probably ready to go at any time.

24  So basically, the main response to when you want to go to trial

25  is going to come from the defense.  I take into consideration

1   all of your calendars, all of your theories, all of your

2   thoughts.  I want your input.  I don't want you telling me what

3   you think I want to hear, that is okay, Judge King likes to try

4   them, so we will tell him we can do it in 90 days.  If you need

5   longer, I want you to tell me.  This is the time I need your

6   genuine advice and input on how long you think the case is

7   going to take and how much time you need to prepare.

8          It would probably be rather brief from the government

9   at this point.  The big response will come from the defense.

10  But starting with the government, Ms. Saulino, what is your

11  best estimate of the time?  I presume you are ready.  When do

12  you want to try the case?

13          MS. SAULINO:  First of all, of course, your Honor, we

14  would be ready to try this case at any time, your Honor.  I

15  believe that our estimate on the sheet that we turned in with

16  the indictment was perhaps a bit high, particularly given the

17  Court's comments this morning about the schedule that this

18  Court keeps.

19          If you do run five days a week, 9:00 to 5:00, I think

20  we could probably do it in four weeks rather than six.  That's

21  only in the event that all four defendants remain in the case

22  for trial.  It could, theoretically, go down from there.

23          THE COURT:  And you are ready?

24          MS. SAULINO:  We are ready whenever your Honor sets a

25  trial date.  We do have some schedule conflicts, but when we

1    are ready for that, we would be happy to --

2            THE COURT:  I'm sure we all do.  I certainly have all

3    my schedule.  I don't expect you all to come with your

4    calendars and your pocket calendars without me doing the same

5    thing.  I put the same burden on myself.  I have mine all set

6    here, exactly how many cases, when, where, what and so on.

7            Of course, I don't have four weeks or six weeks just

8    sitting here empty.  I've got cases scheduled throughout the

9    relevant time period for another year.  So I know my schedule,

10   but I can work mine around a little easier, perhaps, than some

11   of you can work yours.

12           All right, four to six weeks from the government, a

13   reasonable estimate, and they are available depending on the

14   schedules of everyone else.

15           Mr. Tifford, would you like to go first?  Tell me

16   about your -- when does your client wish to go, and what

17   particular problems do you have that you think need to be

18   addressed about this trial setting?

19           MR. TIFFORD:  Thank you, your Honor.

20           First of all, with all due respect, I have a different

21   view of the length of time necessary to try the action.  I

22   think it is going to require close to 40 trial days, knowing

23   from prior experience Your Honor's 9:00 a.m. to 5:00 p.m.

24   five-day week trial date schedule protocol.

25           Secondly, I have the following difficulties, based on

1   previously set matters elsewhere.  I have a trial out of the

2   country in the third week of January.  Does Your Honor wish to

3   address these difficulties later?

4            THE COURT:  I think maybe the best way to do it would

5   be to tell me, you've analyzed your schedule, and tell me when

6   you would like it tried, a time frame.  You are not waiving.

7   If we get through this and I say, "Oh great, we can try this

8   thing January 15th through March 15th or something like that."

9   You say, "Well, Judge, I didn't tell you before, because the

10  way we did it, but I've got to be in Curacao that week trying a

11  case."  Okay, fine.  If you could give me a time frame, each of

12  you, I accept you've got conflicts, and then we will work

13  around it.

14           This process may take 30 minutes or 45 minutes in all,

15  but it is time well-spent because we will pick times that you

16  do not have to be in two places at the same time.  I am trying

17  to the protect the lawyers on this by picking a trial date that

18  is conflict free.  That doesn't always work, but it's the best

19  we can do on a case that takes, or may take, 40 trial days.

20  How many weeks would that be?

21           MR. TIFFORD:  Eight, your Honor.

22           THE COURT:  A trial that may take four to eight weeks.

23  So let's just try this.  Tell me what is the best time, given

24  your preparation, given everything else, when would your client

25  like to try this case, in a time frame, if you could?

1          MR. TIFFORD:  The 1st of April of the year 2011.

2          THE COURT:  April 1st, 2011.

3          Mr. Wax?

4          MR. WAX:  Thank you, your Honor.  I can accede to

5  Mr. Tifford's trial request.  The one major conflict that I

6  have is a February 14th trial date in front of Judge Moore.  I

7  expect that matter would last no more than three weeks.  My

8  only concern, at this juncture, is that the trial date not be

9  set in concrete for two reasons.

10          The first reason is, at this point, I'm temporary.  I

11 have not entered a permanent appearance.  We have a report re

12 counsel set for November 9th, and that's also the arraignment

13 date in this case.  I hope to be permanent, but as you were

14 advised by the government, my client was granted a bond

15 yesterday by Judge Simonton, although a very high bond.  I

16 anticipate that she will be able to post that bond in the very

17 near future.

18          How that impacts on my ability to become permanent

19 counsel remains to be seen.  If, in fact, I am not able to

20 become permanent counsel, and another attorney needs to assume

21 the representation, then I don't want --

22          THE COURT:  Then he doesn't get to pick a new trial.

23 In other words, I can't arrange all this for your client,

24 Mr. Tifford's client.  You see, I set the date.  A lawyer

25 coming in knows the date, knows that we will all be here, but

 1   most importantly your client knows the date.  Your client, if

 2   they wish to factiously, I say foolishly, change an experienced

 3   lawyer like yourself and get somebody else, that's fine.  But

 4   that lawyer, consistent with the traditions and established

 5   procedure and my 40 years in this court, they take the case as

 6   they find it.  It has a trial date.

 7        If they say, "Gee, I can't be there then.  I want to

 8   switch this around and let Mr. Shohat change this calendar."

 9   We say sorry, you don't get to take the case.  You go find

10   somebody who can try it then.  That's the procedure that I

11   follow.  It is fair that your client knows the date,

12   everybody's client knows the date.

13        Let me say this; if, like, tomorrow or the next day

14   some change has to be made, I suppose I can reassemble all

15   these people on Friday and we can go through it again.

16   Basically, anybody coming into the case will take it as they

17   find it.  If they can't be ready, God bless them, we hope they

18   get another case soon, and we say goodbye to them.

19        I'm doing it to show -- it is not self-serving.  The

20   point is we are getting a date that everybody can live with,

21   get ready for, and do.  And I understand the unique problem

22   that you talked about, and it does come up, it is a problem,

23   but by and large, this is a warning to anybody that wants to

24   come into the case that they take it as they find it.

25        MR. WAX:  Certainly, your Honor.

1    THE COURT:  I understand your problem, but right now

2  you say you are okay except for a Judge Moore case that will

3  start February 14th that would run three weeks.  So that would

4  put it into March 1st, which would still end prior to April 1st

5    MR. WAX:  Absolutely, and that's not necessarily

6  problematic.  I don't think it is a scheduling issue, your

7  Honor.

8    The difficulty here, from my prospective, arises

9  because, of course, Mr. Tifford's client and Mr. Metsch's

10  client are in custody.  My client, I anticipate, will be out.

11  Obviously, their interest in proceeding to trial quickly, in

12  this case what appears to be approximately five months from

13  now, is certainly -- would supersede my consideration for my

14  client, who is out of custody.

15    The reason I say that is we still don't know from the

16  government the volume of evidence that they plan on providing

17  us.  My expectation is we are talking hundreds of thousands of

18  pages of documents.  As we know, they executed search warrants

19  at six clinics on the day that these individuals were arrested

20  and seized not only voluminous patient records, but, from what

21  we were advised yesterday at the detention hearing, some 150

22  bags of records that the government has yet to start going

23  through, in addition to the bank records that we will be

24  reviewing for all of the accounts.

25    To say to your Honor at this point that an April 1st

1  trial date is a realistic date, not only in light of our

2  scheduled trial dates, but the pre-trial preparation we're

3  engaged in, in other cases, it may not be a realistic date.

4           For that reason, I would ask your Honor for a court

5  date no sooner than the summer of 2011, or perhaps the fall of

6  2011, merely because of the discovery issues that may be posed

7  at this time.

8           THE COURT:  Because of the discovery problems, you are

9  suggesting -- by summer, what do you mean?

10          MR. WAX:  I would say July.  Well, I would say no

11 sooner than June, your Honor, which would be two additional

12 months from what Mr. Tifford has asked for.  More

13 realistically, perhaps August, but I'm sensitive to the

14 custodial issues of the co-defendants in this case.

15          Perhaps the government could elucidate the discovery

16 issue for the Court, which might give us a more realistic idea

17 of when the case can be tried.  We haven't even entered into

18 those discussions with them yet.

19          THE COURT:  Just on your general perception or

20 understanding of the case at this point, you believe that it

21 may well take at least eight months, taking it up to June, June

22 1st would be eight months away, for defense preparation, a

23 reasonable defense preparation, given what you understand very

24 vaguely and generally to be the documentary problems incident

25 to the case.

1        Of course, you all should factor into this the fact

2   that we will have Rule 17 scheduling conferences, and we are

3   going to be, in advance of trial, nailing down the evidence the

4   government intends to offer and making sure that it is

5   available to counsel for the defendants in a timely fashion.

6   We are not going to just come rolling in here on April 1st or

7   June 1st and have everybody come in and dump 150 or 75 boxes of

8   paper out here and have everybody saying oh, now we start

9   issues over whether or not the government's responsibility to

10  deliver evidence that they are going to use timely has been met

11  or not.

12        You understand, I do this in every case.  I'm not

13  picking on your case.  On any case, it is going to be what

14  appears to be voluminous discovery.  We have a series of

15  hearings, and we get that all resolved, the exhibits

16  pre-marked.  We eliminate all these.  We eliminate a lot of

17  discovery problems or discovery related problems.  You get what

18  you need.  That's the way it goes in criminal cases in this

19  district.  Anyway, that's the way I do it.  So far, nobody at

20  the appellate level has said that's bad.  In fact, they say

21  otherwise.  That's where we are.

22        In other words, I understand your problem of what you

23  suggest.  Primarily, at this point, it is going to be difficult

24  because of the vast amount of discovery.  Well, it may well be

25  that we have to come back a week from now and look again at a

1  trial date.  I will bear all that in mind.  Bear in mind that

2  you are temporarily in the case at this point, but that your

3  best thinking and your experience is that June or August is a

4  better timeframe to be thinking about.

5        MR. WAX:  Yes, and we will be sacrificing our summer

6  vacations to do that, but that's the price we pay for the task

7  ahead, your Honor.  Yes, you've articulated my position

8  correctly.  Thank you.

9        THE COURT:  All right, Mr. Metsch?

10        MR. METSCH:  I endorse Arthur Tifford's projection for

11  this, and I echo Mr. Wax's comments about my temporary status

12  at the moment.  As your Honor knows, injunctions have been

13  issued in the civil action brought by the government.  We are

14  trying to assess the impact of the injunction on the financing

15  sources for the defense of this case.  I think I'm almost

16  there, but I want to analyze where we are at that juncture and

17  what assets would be available.

18        As far as April 1st, I'd say that's fine, subject to

19  the proviso that we get the documentation from the government

20  in formats that we can use easily.  I hope they would produce

21  it for us in a computer-friendly manner so we don't have to go

22  through the time and expense of reformatting everything.

23        I understand, in the past, the government will produce

24  documents on a CD-ROM format or some other computerized format

25  that will make it easy for us.  I understand hundreds of

1    thousands of documents may have been seized in connection with

2    the execution of the search warrants the other day in a timely

3    arrest.

4           I would hope that the government would then put them

5    in a computer-friendly format as well so we can go forward

6    quickly.  If not, we will encounter additional delays, because

7    we just won't be able to haul that many documents around like

8    this.  We are talking about tons of stuff, your Honor.

9           THE COURT:  Time wise, let me get your experience.

10          MR. METSCH:  I agree with Arthur Tifford that April

11   1st would be a good date.

12          THE COURT:  I know that.  I mean length of trial.

13   Mr. Tifford says eight weeks.  You are agreeing with the eight

14   weeks?

15          MR. METSCH:  Your Honor, I just ask one indulgence

16   from the Court.  I know your Honor said that you conduct court

17   everyday, Monday through Friday, from 9:00 through 5:00.  If we

18   try this case during the wintertime and the days are short, on

19   Friday afternoons I would ask to be let out a little bit early

20   so I can go home and observe the sabbath.  The Jewish sabbath

21   starts, during the wintertime, about 5:15.

22          In the summertime, it doesn't start until 7:00 or 8:00

23   at night.  If we start this trial during the spring or summer,

24   no problem.  I can do it.  Otherwise, it would present

25   something of a spiritual issue for me.

1          THE COURT:  Tell me more about that.  I understand, of

2    course, the traditional major holidays in the Jewish faith.  I

3    know about that.  Are you suggesting this is every day?

4          MR. METSCH:  Just the sabbath, Friday afternoons.

5          THE COURT:  I haven't had that come up before.  You

6    have no concern about observance of the substantial holidays,

7    Jewish faith, Christian faith, Muslim faith, matters not.

8    Whatever it is, you know you are not going to be required to be

9    here on Easter or Christmas.

10          MR. METSCH:  All I'm asking is that if we try the case

11   during the wintertime, when the sabbath starts about 5:15, I

12   just ask that we could end at 3:00 on Friday.

13          THE COURT:  That is going to be tough to do.  I don't

14   know.  You may want to talk with you client.  If somebody has a

15   witness here from California or New York that can catch a plane

16   on Friday at 7:00 at night or 8:00, and by going an extra hour

17   we do that too.  There is no automatic cutoff at 5:00.  We kind

18   of take a break, a reasonable break, to let witnesses get on

19   their way.  We have a jury.  You're talking eight weeks.  We've

20   got a jury that we are tying up for eight weeks.

21          All these factors, I don't like to commit myself

22   beyond the traditional.  I don't mean that Friday at 3:00 isn't

23   traditional.  You understand what I'm saying.

24          MR. METSCH:  Your Honor, if I didn't bring it up now,

25   and I brought it up when we started trial, you would

1  justifiably say to me, "Mr. Metsch, what happened five, six,

2  eight months ago when you could have alerted me to the

3  problem?"

4       THE COURT:  I'm telling you now, so we don't have a

5  problem five or six months away, that I will have a lot of

6  difficulty with that.  It may be that your client would like to

7  have one of your associates or two lawyers here.  There are

8  things you all can work out that somebody could be here for

9  you.  It may be that you can work out an arrangement with one

10  of the other attorneys in this case who will say, "Well, I will

11  watch out for Mr. Metsch's client from 3:00 till 5:00 or 6:00

12  when we finish."

13       Frequently, on a Friday, is the day we may go longer

14  because we are trying to get people out for the weekend.  Also,

15  we can schedule things like if some witness is going to be

16  testifying primarily about Mr. Shohat's client or something,

17  and not your client or has little to say, then I will work with

18  you to agree that we will work that out so it's not on that

19  Friday.  There are things you can do about your associates or

20  somebody else, besides putting us on a thing where I have to

21  keep watching, like oh, it's 2:30, we better quit.

22       I am not fussing with you.  I'm just trying to tell

23  you reasonably the problems that flow from that.  I can't get

24  committed to a thing where we're going to stop every Friday

25  afternoon at a certain time.  Bear that in mind.  I'm glad you

1   brought it up.  We had the discussion.  You know where we are.

2   It doesn't mean that I'm going to force you to sit here when

3   there is a religious observance.  I don't mean that at all.  I

4   can't run a four-month, two-month, whatever it is, trial on

5   half days, taking off this or that.  It goes pretty well

6   straight through.

7           This is a help.  All right, good.  You're saying also

8   eight weeks.

9           Going back to Mr. Wax, just for a moment, is eight

10  weeks -- I know you don't know much about it now, but is that

11  -- do you think it's eight or six or four?

12          MR. WAX:  I think I eight is realistic, your Honor,

13  because I anticipate there will be a defense case.

14          THE COURT:  Okay, thank you, sir.

15          Mr. Shohat?

16          MR. SHOHAT:  Your Honor, I may be the most difficult

17  one here because my schedule may be the most difficult.

18          THE COURT:  You usually are.  Good lawyers are

19  difficult.

20          MR. SHOHAT:  In a way, it may not be.  It is kind of

21  up in the air.  I am specially set, before Judge Jordan, in

22  United States of America vs. Joel Steinger, et al,

23  S-t-e-i-n-g-e-r.  I believe the date is February 11th of 2011.

24  That is a five-month estimated federal criminal trial,

25  multi-defendant.  There is a pending motion for continuance in

1    that case jointly by all defendants.  We have had one hearing

2    on it, and the Judge has indicated he's going to grant it.

3         The complicating factor is when is he going to reset

4    the case.  Present indications are that he is going to reset

5    the case, at the earliest, in the summer of 2011 on a date that

6    is unknown.  However, there is also a Bird severance motion

7    pending, and the Judge has indicated that he is not going to

8    resolve the trial schedule until he resolves the Bird severance

9    motion.

10        As your Honor knows, that's a severance based on

11   defendants seeking the testimony of co-defendants.  We are the

12   moving defendant in that case.  The Judge has indicated that if

13   he grants the Bird severance motion, that the co-defendant

14   whose testimony we will be seeking will go first.  He has

15   stated that on the record.  We will go after that.  That is a

16   five-month trial.

17        THE COURT:  Parenthetically, of course, when that

18   eventuality does occur, assuming hypothetically that was the

19   posture you found yourself in, that is that you were entitled

20   to the testimony of the other man, it all worked out, they were

21   going to put him first and all that, at that moment in time,

22   could we estimate the odds that he is going to testify?  Would

23   it be roughly 90 percent no and ten percent yes?  I am just

24   drawing on experience.

25        The point is, it doesn't really -- it seldom works

1   that the person, given all the Fifth Amendment situations and

2   the problems -- that is parenthetically.  It has nothing to do

3   with anything except I do understand getting to that point.

4   You are entitled to get to the availability of that testimony

5   if it's otherwise relevant.  You are entitled to have it, and

6   you can't get it in the same trial; so therefore, you are

7   entitled to a severance.

8          It looks like, again parenthetically, it looks like

9   that could be resolved on any given afternoon next week with a

10  little hearing with all the parties.

11         MR. SHOHAT:  It's going to be resolved soon.  Our

12  final memo is due Friday.  It will be fully briefed.  The Judge

13  has indicated he will hold a hearing on that severance issue, I

14  believe, and we'll get that matter resolved.

15         THE COURT:  I was digressing.  Forget all that.  I

16  understand.  So you are saying that if that is granted, that

17  may push back the summer of 2011.  Let me assume June 1st.  It

18  may push it back.  If it is denied, then your February 11th

19  date may hold.

20         MR. SHOHAT:  It's not going to hold.  I'm confident

21  enough to represent to your Honor that the February 2011 date

22  is not going to hold.  I believe I can represent to your Honor

23  that Judge Jordan has indicated that he will be granting the

24  continuance.  It is a question of deciding the severance and

25  then picking the new trial dates.

1         I personally believe, and this I can't speak for Judge

2    Jordan, but based on what he has said at the last hearing,

3    which was two weeks ago, the co-defendant, if he grants the

4    severance, will start sometime early in 2012, and we will trail

5    that co-defendant trial so that we will be put off and

6    Ms. Acevedo's case could be slotted in.

7         I agree with what Mr. Wax said and, in some ways,

8    disagree with what Mr. Metsch and Mr. Tifford are representing

9    to the Court because, from vast experience personally, the

10   documentary issue in this case is no trifling issue.  We don't

11   even have, at this point, and I can't say I have spoken to the

12   government, I haven't.  We don't have even a beginning estimate

13   for when the document flow is going to start in this case.

14        In the MBC case, Mutual Benefits Corporation before

15   Judge Jordan, we have five million electronic images in that

16   case that we are working on practically full-time with

17   paralegal help to get through those images.  They were all

18   supplied to us electronically, all the documents, thank

19   goodness.  In that case, Judge Jordan has already estimated

20   that it would be impossible for us to be prepared by February

21   2011.  That is almost two years and two months from the

22   arraignment in the case.  The case was arraigned at the end of

23   2008.  We are looking at, probably, another year there.

24        Just from experience, Judge, I can tell you, when a

25   document discovery of the kind of volume that is anticipated in

1  this case hits a defense lawyer, and then the issue comes to

2  evaluate those documents and prepare for trial, respectfully,

3  it is an enormous task.

4          So I would suggest that -- I know your Honor wants to

5  set a concrete date, but I would suggest that, before doing so,

6  some kind of commitment be obtained from the government as to

7  when the documents are going to be made available so then the

8  rest of us can give you a realistic estimate of how long it is

9  going to take us to prepare.  I want the Court to know that,

10 without that, I can't give you that estimate.  I can tell you

11 when I am available, and I have.  I do have several other

12 cases.

13         THE COURT:  The government doesn't get to pick the

14 dates that they are going to have the document flow; the Court

15 does.  The control and things you are concerned about are taken

16 care of with a meeting of the lawyers, analysation of the

17 problems, and the Court picks a date.  It isn't when the

18 government wants to do something.  Their input as to what they

19 have to do, but bear in mind, I don't want to oversimplify

20 this, but they have had seven and a half years to get ready for

21 this trial.  They picked the date for the indictment.

22         I really thought it was a good possibility that

23 Mr. Shohat would get up here and say, "Judge, my client has a

24 speedy trial right, in custody, and we would like to go to

25 trial in 90 days."  I thought that's what was going to come

1  this morning.  For a tactical reason, you know that what they

2  don't give you, if anything, that they are supposed to give

3  you, they being the government, they don't get to use at trial.

4        You know I enforce the rules.  It's only when we don't

5  follow the Rules of Criminal Procedure that we can sometimes

6  slough over into problems.  I am not referring to any other

7  Judge's case.  Judge Jordan and I chatted about this, I didn't

8  know the name, but this very substantial case that he has.  I'm

9  aware that he has a huge case.  He tells me, from time to time,

10 about he is going to be in trial certain periods of time.

11       We'll go off the record for just a minute.

12       [There was a discussion off the record].

13       THE COURT:  I know he has a big case, and I know there

14 are problems with that, and I understand those.  It certainly

15 makes some sense to find out what the date of that trial is

16 before -- I mean to attempt to find out.

17       See, I will work with whatever the schedules in

18 writing are now.  The schedule in writing right now, to you, is

19 February 1st.  Reasonably, we know it's going to be continued.

20 If that resolution can be made within the next couple of weeks,

21 or something like that, and a new trial date picked, then I

22 will honor that trial date.  That's fine.

23       I will not wait for every six months to review when

24 that case starts.  For if we do, we will never get this one

25 tried.  I have done that in the past.  I have waited with some

1   of my colleagues, eight or ten years ago, I remember vividly a

2   case that kept us every six months.  Finally, I just said no,

3   the heck with it, and I plugged it in and tried it.  It was

4   during a Christmas time period or something when others had

5   more pressing problems about breaks in the trial.  I worked it

6   in and tried my three-week case in the middle of it and got it

7   over with.  We try to organize it.

8           I don't mean to keep you all here with war stories.  I

9   don't mean to do that.  I found that we have to, at some point,

10  enter a written order, and then the other Judges have to work

11  around it.  Now, I am willing to cooperate.  Judge Jordan is

12  very organized and all of that.  I am happy to do that.

13  Basically, I can't leave this one with people in custody

14  awaiting trial until a group of lawyers in another division of

15  court get rulings that enable that Judge and those lawyers to

16  pick another trial date so that a given lawyer is blocked out.

17          MR. SHOHAT:  Under your policy, I am set for February

18  11th for five months.  That's the status.  While I do believe

19  that's going to be continued, I have every reason to believe

20  it's going to be put off and will solve the problem in this

21  case, that we could slot this case in for an eight-week trial.

22  I can't even begin to tell you how long I think this trial is.

23  I will take everyone else's analysis.

24          Mr. Wax reasonably suggests, and it was one of the

25  things I was about to say, that maybe the best thing for your

1  Honor to do is to set a status conference in this case in 30

2  days for the purpose of doing the Rule 17 scheduling.

3  Hopefully, by that time, in my case, I will have a better

4  picture of where I stand, and then I will be less of an

5  interference with the Court's desire to promptly resolve this

6  case, given the custody status of the two -- the pretrial

7  detention status of the two defendants.

8       THE COURT:  It makes a lot of sense.  Certainly, I

9  appreciate you bringing that problem to our attention.  Right

10  now, we will have to simply take the written orders, which is

11  the policy of this Court.  Whoever gives you the first written

12  order has the right to your presence.  I am trying to be

13  reasonable with this and trying to work with Judge Jordan.  I

14  would be happy to do that.  If that's going to be continued --

15       Right now, it would be easy, not easy, but we could

16  say set it five months out, six months out, or after.  He has

17  you, he has authority to you for February 11th.  If that date

18  is going to be changed, and you reasonably believe it will be,

19  then we are looking at the possibility of putting this case in

20  first, which ensures compliance with the Speedy Trial Act and

21  takes into consideration the personal feelings, problems, and

22  everything else of keeping people in custody awaiting trial.

23       So that makes some sense.  Waiting 30 days to pick the

24  trial date is just tacking it on at the other end.  In the next

25  30 days, every one of you can get scheduled before Judge Moore,

1  Judge Moreno, or somebody else who would have authority over

2  your time.

3        Mr. Wax?

4        MR. WAX:  Your Honor, if I may propose perhaps a

5  viable alternative, which is that the Court go ahead and set

6  the preferred trial date at this juncture and not set it in

7  concrete, allow us the 30-day status conference that Mr. Shohat

8  suggested so that, at that point in time, we will have resolved

9  the issues of permanent counsel, the restraining order will be

10 addressed, to some extent, by Judge Martinez, who has that

11 case, and we will have an idea of what assets may be available

12 to retain counsel and pay the cost of defense.  Maybe, just

13 maybe, Mr. Shohat will have an answer from Judge Jordan on his

14 motion for severance.  Then we can revisit the trial date

15 without too much disruption in Your Honor's schedule.

16       THE COURT:  That's a good suggestion, and I thank you

17 for that.

18       Ms. Saulino?

19       MS. SAULINO:  Thank you, your Honor.  I wanted to

20 bring one additional wrinkle to the Court's attention, and that

21 is that counsel for either corporation have not appeared yet.

22 I suspect they would want to be involved in setting a trial

23 date as well.

24       THE COURT:  There is such a thing as a docket sheet in

25 all this electronic gadgetry that we now have.  If there is

1  some lawyer out there who has been consulting with a potential

2  client, corporation or otherwise and all of that, they should

3  be keeping themselves abreast of these orders that are entered.

4  The orders set it for everyone, whether you are in the case or

5  not in the case.

6       If you are not in the case, fine.  You come in.  If

7  some lawyer shows up here and says, "Well, I knew about it.  I

8  sat in the audience when they had the bond hearings and I knew

9  I might be coming, but I wasn't in the case, Judge, so you

10 haven't got me, ha, ha, ha."  Say okay, then you are stuck with

11 the date.  I've heard every excuse in the world.  It doesn't

12 mean I won't listen to them, but people have an obligation,

13 certainly there are people in this courtroom, defendants in

14 this courtroom, that knew about this date that could tell

15 anybody they are thinking of hiring to represent the

16 corporation about the hearing and have their lawyer come.

17      If they want to stay away, people miss these hearings

18 at your own risk.  The old adage in political life, be careful

19 of missing a meeting.  Everybody else will nominate you, and

20 you will be the candidate.  That happens too.

21      I enter these orders, and I leave it up to people

22 whether they want to come or not.  If they want to come, fine.

23 If they don't want to come, in most circumstances that's fine.

24 If it gets contemptuous, that's a different thing, but it never

25 does.

1       All right.  You are hearing all this, and basically,

2   Mr. Wax's suggestion, which makes a lot of sense to me, is to

3   sort of try to work with some kind of tentative trial date that

4   we would set now.  Then other Judges, Judge Jordan or Judge

5   Moore or other Judges, would know -- we would label it

6   tentative order, conditional.  We will protect you in the sense

7   that we come back here, but we would be working toward a trial

8   date.  So the other Judges would say, "Well, look, I better get

9   my case set, scheduled, and what have you."  That's good.  But

10  right now, that trial date would have to be, so that I honor

11  the existing trial order, prior trial scheduling order of Judge

12  Jordan, would have to be about eight months out.

13      With the almost certainty that case is going to slide

14  or be moved down, that case being Judge Jordan's case, taking

15  that into account, Mr. Shohat, do you have any feeling, and I

16  know you can't speak for what the Court is going to do, I

17  understand that, but if you are talking about early 2012 trial,

18  the reasonable slippage might be the summer of '11 or the

19  spring or early year of '12.  Slippage being if it has to be

20  continued.  Am I correct on that?  If this February 11th is

21  moved, there are two alternatives that seem to be on the

22  horizon.  One would be the summer of '11, and the other would

23  be January, February of '12.

24      MR. SHOHAT:  The best answer I can give you is that

25  Judge Jordan has indicated that the earliest he would be

1    available to try the MBC case, the Mutual Benefits Steinger

2    case, would be sometime in the summer of '11, because besides

3    the Mutual Benefits case, he has the Lauer case, which is a

4    three or four-month stock fraud trial that is scheduled for

5    January.  He anticipates our case will get moved, and he will

6    start the Lauer case in January.

7            He has indicated, however, that trying the two cases

8    back to back, given speedy trial issues, he anticipates, with

9    other cases on his docket, is highly unlikely.  So the earliest

10   realistic date is sometime in early 2012 for an unsevered

11   trial.  That's if he denies the severance motion and all four

12   defendants go to trial.  My belief is that, unusually, all four

13   defendants will go to trial in that case, all four indicted

14   defendants, two of whom were lawyers, will go trial in that

15   case in early 2012.

16           My best guess is that early 2012 is the earliest I

17   would be in trial on that case, either as a co-defendant with

18   my Bird severance person, or trailing that trial sometime later

19   in 2012 or even 2013.  That would allow you to set this case,

20   if you chose to do so, in the spring or summer of next year.  I

21   would be available, from a scheduling standpoint, but what I

22   don't want to be bound to say is that I will be available from

23   a preparation standpoint.  I just don't know.

24           THE COURT:  All the people in that trial, Mr. Shohat,

25   I presume they are on bond?

1          MR. SHOHAT:  Everybody is on bond.

2          THE COURT:  That factors into these considerations

3   about the human beings that are in custody.  We are all always

4   sensitive to that.

5          Given that status, then, let me ask Ms. Saulino.  The

6   status of that other case that the government is prosecuting

7   before Judge Jordan, where does that leave the government?

8   Remember, good people, if you want me to preside over this

9   case, let's not wait too long.  I don't want to temp fate with

10  everybody here.

11         MS. SAULINO:  You have plenty of time, your Honor.

12         THE COURT:  Let's hope so.  You want to put this thing

13  off a couple of years, you may need another Judge.

14         MS. SAULINO:  Your Honor, I am not personally familiar

15  with the government's case in Steinger.

16         THE COURT:  No, no.  Everything Mr. Shohat has told us

17  is, I'm sure, very accurate and reasonable.  The various

18  options available to Judge Jordan and to the lawyers in that

19  case, he has outlined clearly.  That's the status.  Right now,

20  my perception of that is that probably Judge Jordan's case will

21  not start until 2012, but with the possibility it could start

22  in the summer of '11, June or July of '11.  It blocks us out in

23  this case entirely because getting the case ready between now

24  and June and getting it tried between now and June is very

25  problematical.

1            I can be available to handle discovery matters, and I

2    usually do.  In criminal cases of this size or complexity or

3    whatever, I usually do it myself.  It is not a Magistrate thing

4    and then you have 30 days to appeal and all of that.  So we go

5    ahead and handle has those.  I can be available to get the

6    discovery problems that Mr. Wax and others outline very

7    eloquently.  So you can get your rulings on discovery matters,

8    and we can get the production handled expeditiously.  Those

9    factors and things I have some degree of control over.  That

10   can be handled.  I'm comfortable with that.  But trying to get

11   a case with this magnitude of documentation, at least as they

12   have indicated to me, ready in less than six months is

13   problematical.

14           But given all these various options, I have never

15   scheduled a case more than eight months away in my life.  I

16   hate to start bad habits this late, but I certainly have to

17   honor the other commitments of the other Judges and so on.

18           How does the government feel about waiting a year to

19   try this case?

20           MS. SAULINO:  It seems to me, your Honor, that a year

21   is probably more time than is necessary to wait.  Based on what

22   I heard this morning from various counsel, it sounds to the

23   government like a reasonable date to set, acknowledging that

24   Judge Jordan's decision may need to be discussed after he makes

25   his decision, would perhaps be August 1st.  That gives time for

1   counsel to review the documents that we have seized and the

2   documents that we have already from the company in this case.

3         I can give your Honor just a little bit of information

4   about what kind of documents we have, if you would like to know

5   about it.

6         THE COURT:  All right.

7         MS. SAULINO:  Your Honor, the government has, already

8   in a database and is already in the process of downloading for

9   production, documents that were received from the companies,

10   American Therapeutic Corporation and Medlink, in response to

11   subpoenas that were issued by the Civil Division of the

12   Department of Justice, as well as some bank records that were

13   subpoenaed by the Civil Division.  So those are already

14   electronic.

15         The government seized, last week, including these 150

16   bags that were mentioned earlier this morning, about 500 boxes

17   of paperwork from the two companies.

18         We are going through them, and we plan to go through

19   them over the next few days and try to pare them down and give

20   back some that we perhaps overseized and may not need for this

21   case.  We are hoping to pare down that amount of documentation.

22   As soon as we have that chance to do that, we will make them

23   available to defense counsel for review.

24         THE COURT:  It might be putting it right into the

25   middle of what Judge Jordan is going to have to do in

1   continuing his February 11th calendar.

2          MR. TIFFORD:  May I address the court?

3          THE COURT:  Yes, please.

4          MR. TIFFORD:  I have certain conflicting positions

5   with the government, with all due respect, and with some of my

6   brethren defense counsel, with all due respect.

7          Although I'm planning to seek review by your Honor of

8   the detention order, the outcome of that review is currently

9   uncertain.  I, therefore, premise all of what I am about to say

10   on an assumption that that detention will continue.  The other

11   criminal trial is already set and locked into position,

12   bifurcated trial orders, and the consequences of the

13   continuance that Mr. Shohat addressed and described, and

14   Mr. Wax's concern about preparation for trial, which is shared

15   by Mr. Shohat, given the amount of documentation in this case,

16   when all viewed by me, urge me to urge the Court to set an

17   April 1st trial date in this case.

18          In the event other cases create wrinkles, which may

19   impact on Your Honor's trial order in this case, it could be

20   addressed by a motion upon notice.  In the meantime, I must act

21   with program and protocol, clearing all my work and devoting

22   all my time to prepare for an April 1st trial because of the

23   detention order.

24          In the event I succeed in convincing your Honor to

25   allow Ms. Valera bail, that may impact on my ability to agree

1  with my brethren and the government on a different trial date.

2  But until I know that outcome, I can't do that.  My obligation,

3  as the Court well knows, is to her.

4       A six-month window of time to prepare for trial, even

5  a voluminous document trial, is a reasonable amount of time.

6  It's not reasonable when a lawyer is belabored with other cases

7  and other trial commitments, but in my particular circumstance,

8  I started clearing for this fight in April because of

9  arrangements Ms. Valera had the foresight to make and the

10  concern of the length and difficulty of that confinement.

11       So I'm in a different position.  I have certain

12  conflicts.  I have a four-day trial out of the country in the

13  third week of January, and I have probably a two-week federal

14  civil trial involving some onerous issues, but it is a civil

15  trial in the Western District of Texas, which now is specially

16  set for February 1st.  Other than those two distractions, I

17  have designed my schedule and maintain my availability to try

18  this case within a five to six month window of time.  I think

19  April 1st allows me that window of time.

20       THE COURT:  And that's based on your reasonable

21  estimate of an eight-week trial?

22       MR. TIFFORD:  Yes, your Honor.

23       THE COURT:  You have expert witnesses.  When you say

24  "summary," what do you mean?

25       MR. TIFFORD:  Certainly.  Summary witnesses regarding

1    flow of money.

2        THE COURT:  Summary witness, I don't know what you

3    mean by "summary witness."  You are talking about Daubert

4    hearings?  You are talking about relevancy.  You are talking

5    about some time probably factored in for the Court to make a

6    determination of whether or not there are going to be any

7    experts.  You have to rely on what the law is on these subjects

8    and don't assume that the government is going to bring in a lot

9    of people to tell the jury how to rule or the defense.  That is

10   not going to happen.

11       It has got to be something that is so complex that the

12   lay juror can not understand it.  I'm digressing.  Rely on your

13   Judge.  We are going to follow the rules.  They may have the

14   right to call some kind of summary expert witness.  But I

15   haven't been seeing anything lately to meet the Daubert

16   standard.  That doesn't mean they're not.  I don't want to

17   discourage them.  Or you, you may have experts.  We are not

18   going to listen to both sides hiring a lawyer or two to tell

19   the jury how to rule on something like a factual dispute of

20   whether or not your client or somebody else's client signed a

21   document and what did that mean and all that.  I am giving you

22   some little hints here as to how the case is going to go.

23       In any event, Daubert hearings, you say, that may

24   complicate it.  You're right, it may, and it may not.  We will

25   just have to see as to what it is.  What is proposed.

1          MR. TIFFORD:  Absent that, I still think this case is

2   a 40-day trial.

3          THE COURT:  Let's talk in weeks.

4          MR. TIFFORD:  That would be eight trial weeks.

5          THE COURT:  Two months.  Of course, there will be, as

6   I said, there may be several Rule 17 scheduling conferences

7   where we will nail down all this documentation in advance as to

8   what the government is going to rely on and what the defendants

9   are going to rely on, by way of documents.  We will nail a lot

10  of that down, so there won't be any secrets about it.  It's not

11  an open-ended thing where we come here and each day one side or

12  the other just brings in another four big cartons of documents

13  and we sit here and argue them one by one as to whether or not

14  they are admissible.  We don't usually do that, but it may be.

15  Maybe is this something new or different.

16         Do I understand that you are saying that you are

17  moving for, on behalf of your client, a trial setting of April

18  1st?  Or within a week or two one way or the other, depending

19  on what we can do.  I've already got -- the lawyers in my cases

20  know when they are going to trial.  They get plenty of notice.

21         Looking down here to April 1st -- April 4th, for

22  example, I know that I am starting a ten-day trial.  One of my

23  eight cases on that calendar is a ten-day trial.  By the time

24  we get through all of the careful Rule 17 hearings and

25  delineate and get carefully sorted out documentation, that may

1  change.  But I've got a problem there.  I have eight cases on

2  April 4th, six cases on April 18th, four cases May 2nd.  All of

3  these cases have been set for six or eight months.  Civil have

4  all been set for eight to ten months.  Criminal have all been

5  set for 90 days, 120 days.

6          So I will have to shuffle those around, move them

7  forward, move them back, all of which is my responsibility, and

8  I will do.  In other words, if I give you a period of two

9  months, you have to rely on it.  You will not have a change at

10  the last minute.  That's when I say set in concrete, it's as

11  binding on me as it is on you.  My promise to you is that you

12  will be tried, and you will be tried in that time.  Your

13  promise to me is you will be ready.

14          With that background information, you are saying that

15  you are moving, you want a trial date, based on your right for

16  a presently incarcerated defendant, for a hearing on April 1st;

17  is that a fair statement?

18          I can get you all to put positions in writing, but I

19  thought we could talk about this.  If we are going to have an

20  insistence, which is your right, that you want a trial date on

21  April 1st, and your client is in custody awaiting trial, she is

22  probably entitled to it.  I am not making a ruling on that.  I

23  don't know what all the factors are, but here's where we are.

24          Certainly, what Mr. Tifford is saying about the

25  preparation time in his office, getting ready, reviewing those

```
 1   things, you have to block out this time.  You have to do it

 2   some way like that, like he has outlined, or you can't be

 3   ready.  With sloppy trial dates that are not firm, when I say

 4   fixed in concrete, I'm trying to give your something that you

 5   can rely on, plan your time around, plan your kids, your

 6   grandkids.  It is better for you if we have a positive trial

 7   date.

 8           You are saying that under the status as you see it

 9   now, you are going to, in all probability, insist, absent

10   consideration of and ruling on an appeal, which you are going

11   to take, for a trial date of April 1st.

12           MR. TIFFORD:  Yes, your Honor.

13           THE COURT:  Does that affect any of the rest of you?

14   Mr. Metsch?

15           MR. METSCH:  Mr. Tifford's position is identical to

16   mine.  My client was also, under the Magistrate's verbal ruling

17   yesterday, held in detention.  I can't let him sit here for two

18   years waiting for a trial.

19           THE COURT:  Of course.  That's why we are having this

20   hearing here.

21           MR. METSCH:  More than that, your Honor, and I

22   mentioned this to the Magistrate yesterday, he was, for reasons

23   that are unknown at the moment, he was put into the Special

24   Housing Unit, which is solitary confinement.  I am trying to

25   find out why that happened and to get him out of there.  It is
```

1  a very heavy emotional burden on him to be isolated like that.

2       THE COURT:  Absolutely.  I understand all those

3  things.

4       MR. METSCH:  It is a real problem for me to visit him

5  under those circumstances.  The procedures for that are much

6  more onerous than it would be for the general prison

7  population.  I agree with Art here that that's the outside date

8  to get this trial moving, as long as our clients are under

9  these circumstances.

10      THE COURT:  Basically, you are joining in that notion

11 of Mr. Tifford to have the trial date within a couple of weeks,

12 one way or the other, of the April 1st target date.

13      MR. METSCH:  Your Honor, just as Mr. Tifford indicated

14 he was seeking review by your Honor of the Magistrate's ruling,

15 we will as well, as soon as we receive it in writing.  Of

16 course, if your Honor continues the present circumstance, then

17 the April 1st date is something that we need to obtain the

18 client's mental outlook so he can effectively participate in

19 the defense of the case.

20      THE COURT:  I just want know if you are joining with

21 him.  So we have two defendants who are asking for, at this

22 time, conditioned upon these reviews and rulings and appeals

23 and so on, but basically are demanding, that's a fair word,

24 demanding an April 1st trial date.  We have two other clients

25 who have lawyers; Mr. Shohat represents Ms. Acevedo and Mr. Wax

```
 1    represents Ms. Negron.

 2              MR. WAX:  Ms. Negron, your Honor.

 3              THE COURT:  If I mispronounce these names, I'm not

 4    being rude.  I just have trouble with some of the names.  I

 5    want you all to understand that I am doing my best with the

 6    names.  Negron, all right.

 7              Going back to Mr. Wax, the only conflict you have on

 8    trial is Judge Moore's trial presently scheduled three weeks

 9    for February 14th.  So that would not be a conflict, Mr. Wax,

10    with the April 1st.

11              MR. WAX:  None at all, your Honor.

12              THE COURT:  The big conflict you have is with the

13    massive discovery and all that.

14              MR. WAX:  Correct, your Honor.

15              THE COURT:  So three of you can go to trial on April

16    1st.  Mr. Shohat, with all the caveats and the conditions that

17    we have already talked about that you need not repeat, you

18    might be able to go -- let's see, February 1st.  Is that a

19    possible slot in there?

20              MR. SHOHAT:  Yes, your Honor.  It's possible from an

21    availability standpoint, not from a preparation standpoint.

22              THE COURT:  Therein lies the problem for Mr. Shohat,

23    and his client is blocking out the time.  I guess if there is

24    continuance of the February 11th Judge Jordan case, but if it

25    was put into the middle of summer, then that trial date here of
```

1    April 1st would impact on your ability to prepare for or get

2    ready for Judge Jordan's case.   I am working the logic.

3          MR. SHOHAT:   That's correct, your Honor, very much so.

4          THE COURT:   There are always motions for severance.

5    There are always other motions that can be made as things move

6    along.   If we can get three of these defendants to a trial

7    position, along with the government for April 1st, that's

8    pretty good with the lawyers as busy as they are in this

9    district.   I'm sure Judge Jordan would take these things into

10   consideration.   In any way he can cooperate or work out, he

11   would do, as I would with him, so that may help him a little

12   bit.

13         Going back to the government, April 1st.   That would

14   be five months.   You would be ready?

15         MS. SAULINO:   The government will be ready, your

16   Honor.

17         THE COURT:   You believe you can fulfill, as best you

18   know, your obligations under the Jencks Act, these other Acts

19   to give them the information that they are entitled to so they

20   can be prepared, at least as far as you are concerned or the

21   government is concerned?

22         MS. SAULINO:   As best as we know right now, and as far

23   as we're concerned, yes, your, Honor, we believe so.

24         THE COURT:   That would be eight weeks.   That would be

25   all of April and all of May.

1        I am going to have to look at what I have got here.  I

2   have got to take a careful look at this ten-day criminal trial

3   that I have got on April 4th, which obviously would have to be

4   changed.  Of course, what I would like to do is move it

5   forward, bring it back and try it in March and get rid of it.

6   But we will have to see.

7        This is a modification of your varied suggestions,

8   particularly Mr. Wax's suggestion and Mr. Shohat about

9   something that is tentative, but pretty well set.  But we will

10  have to see what happens with other motions that are made.  I

11  don't like to give everybody a date and then have people like

12  Mr. Tifford's preparation status, which I know he is sincere

13  about and I believe him.  I'm sure he blocks out his time and

14  gets ready.  I hate to do that and have him waste that time.

15  It's about all I can do, is pick a date.  We will start toward

16  it, and there we are.

17        Right here and now, the ruling here is that

18  tentatively I'm looking at April 1st for two months, six weeks

19  to two months.  I believe that, with careful attention to Rule

20  17 scheduling conferences in the interim, that we can pare this

21  down and it won't take two months, but it may.  We have to

22  count on it.  We will not break into it and recess for a couple

23  of weeks and come back to it.  I understand that's a prevalent

24  practice in some parts of the country these days, do it for a

25  week or two.  How do you do that with a criminal case?  What do

1    you do with juries, I wonder.  Anyway, it gets complicated.

2              So we're shooting at a tentative date.  I will look at

3    my schedule and see what I can do with that.  I will endeavor

4    to get an order out that will embody these contingencies and

5    options and problems within the next couple of days.

6              She says April 4th is the starting of that date.

7    April 4th is a Monday.  But I will endeavor to get an order out

8    that will take all this into consideration and make plain to

9    all of my colleagues around this court, and other courts that

10   you may have to go through, that we have gone through a lot of

11   trouble to pick these dates, and we intend to follow through on

12   them.  I don't want -- I want to make this as firm as we can.

13   We will get an order out and see where we are at.

14             In the meantime, I urge the government, as I'm sure

15   you are doing, to get your information available, be preparing

16   and getting it ready to give to counsel so that we don't have a

17   lot of delay with that.

18             Mr. Wax?

19             MR. WAX:  Thank you, your Honor.  May we have 30 days

20   from now to be before the Court to address any issues that may

21   have arisen?

22             THE COURT:  I kind of prefer you file them, and you

23   may be here the next day.  I will not do that to everybody.  If

24   you have a unique motion, and the others it doesn't impact on

25   them, then we may hear you the next day or the day after.

1          I usually don't say open-ended for 30 days, on the

2   29th day give me 30 motions or something.  Go ahead and file

3   them whenever you need to.  You are all experienced lawyers.

4   You will not waste everybody's time with something this is

5   foolishness.  Try to work it out, if you can.  If you can't,

6   file your motion.  Depending on whatever it is, the emergency

7   nature of it or whatever, it may be a hearing two days later,

8   three days later, or a week later.  I will endeavor to give you

9   four or five days of notice of hearings so you all can be here.

10          Ms. Saulino, some of the paperwork that I got earlier

11   indicated -- well, I don't know.  Are you with the trial

12   attorney's office in Washington, or are you here locally?

13          MS. SAULINO:  Mr. Beemsterboer and I are both with the

14   Department of Justice in Washington; however, we both spend

15   most of our time here in Miami.

16          THE COURT:  Whoever is going to represent the

17   government has to understand that I have prompt hearings,

18   depending on the nature of it.  So you are going to have to be

19   -- it can't be something that we have to give you -- there may

20   be times when you have to come in on short notice.

21          MS. SAULINO:  As long as we have a day to get

22   ourselves down here if we're not already here, your Honor, we

23   will be here on very short notice.  It is not a concern from

24   our standpoint.

25          THE COURT:  In addition to what you just said, which

1   is wonderful, have somebody here in this office that can come

2   up and argue some motion too.  You have plenty of good people

3   down there.  You have people like Pat Sullivan and Dick

4   Gregory, and Caroline Heck.  She tried the criminal case

5   involving the crash with a bunch of people killed, three or

6   four-week trial.

7        So they are all good people.  Get one of those

8   designated as somebody that if we can't reach you or your

9   colleague there, then -- I don't want to fumble around waiting

10  for an answer three days later.

11       MS. SAULINO:  I assure your Honor that

12  Mr. Beemsterboer and I will be here and available whenever you

13  need us.  We also have very good relationships downstairs.

14       THE COURT:  I'm sure you do.  I just want an alternate

15  name.  I hope it is one of the three I just mentioned.  They

16  know my procedures and practice.  They could pop up here on

17  some discovery thing, and we could listen to everybody and get

18  it resolved, particularly if we are looking at an April 1st

19  trial date because it is going to move fast.  There will be a

20  lot of work to get it ready by April 1st.

21       Thank you very much.

22            [Court adjourned at 11:00 a.m.]

23

24

25

```
 1                      C E R T I F I C A T E
 2           I hereby certify that the foregoing is an accurate
 3    transcription of proceedings in the above-entitled matter.
 4
 5
 6
 7
 8
 9
                               /S/ LARRY HERR
10    _____     _____
         DATE                  LARRY HERR, RPR-CM-RMR-FCRSC
11                             Official Federal Court Reporter
                               United States District Court
12                             Wilkie D. Ferguson Federal Courthouse
                               400 No. Miami Avenue, Ste. 8N09
13                             Miami, FL  33132 - 305/523/5290
                               Email:  larry_herr@flsd.uscourts.gov
14
15
16
17
18
19
20
21
22
23
24
25
```

## A

**ability** 7:11 11:18
35:25 43:1
**able** 11:16,19 17:7
42:18
**about** 4:7,17,21 5:18
6:13 7:12 8:17
9:16,18 12:22 16:4
16:11 17:8,21 18:1
18:3,6,11 19:16,19
20:10 24:15 25:7
25:10 26:5,25 29:7
29:14,16 30:12,17
32:3 33:18 34:4,5
34:16 35:9,14 37:3
37:4,5 38:10 39:19
39:24 42:17 44:8
44:13,15
**above-entitled** 48:3
**abreast** 29:3
**absent** 4:13 38:1
40:9
**Absolutely** 13:5 41:2
**accede** 11:4
**accept** 10:12
**account** 5:19 30:15
**accounts** 13:24
**accurate** 32:17 48:2
**Acevedo** 2:6 3:3,17
6:24 41:25
**Acevedo's** 23:6
**acknowledging**
33:23
**act** 27:20 35:20
43:18
**action** 9:21 16:13
**Acts** 43:18
**adage** 29:18
**addition** 13:23 46:25
**additional** 14:11
17:6 28:20
**address** 10:3 35:2
45:20
**addressed** 9:18
28:10 35:13,20
**adequately** 7:12
**adjourned** 47:22
**admissible** 38:14
**advance** 15:3 38:7
**advice** 8:6
**advised** 11:14 13:21
**affect** 40:13
**after** 21:15 27:16
33:24 45:25
**afternoon** 19:25 22:9
**afternoons** 17:19
18:4
**again** 12:15 15:25
22:8
**ago** 19:2 23:3 26:1
**agree** 17:10 19:18
23:7 35:25 41:7
**agreeing** 17:13
**ahead** 16:7 28:5 33:5

46:2
**air** 20:21
**al** 1:8 20:22
**alerted** 19:2
**allow** 28:7 31:19
35:25
**allows** 36:19
**almost** 16:15 23:21
30:13
**along** 5:19 43:6,7
**already** 5:20 23:19
34:2,7,8,13 35:11
38:19 42:17 46:22
**alternate** 47:14
**alternative** 28:5
**alternatives** 30:21
**although** 11:15 35:7
**always** 10:18 32:3
43:4,5
**Amendment** 22:1
**America** 1:4 20:22
**American** 3:3 34:10
**amount** 15:24 34:21
35:15 36:5
**analysation** 24:16
**analysis** 26:23
**analyze** 16:16
**analyzed** 10:5
**another** 7:20 9:9
11:20 12:18 23:23
26:14,16 32:13
38:12
**answer** 28:13 30:24
47:10
**anticipate** 11:16
13:10 20:13
**anticipated** 23:25
**anticipates** 31:5,8
**anybody** 12:16,23
29:15
**anything** 22:3 25:2
37:15
**Anyway** 15:19 45:1
**appeal** 33:4 40:10
**appeals** 41:22
**appearance** 11:11
**appearances** 1:13
2:1 3:5
**appeared** 28:21
**appears** 13:12 15:14
**appellate** 15:20
**appreciate** 27:9
**approximately**
13:12
**April** 11:1,2 13:4,25
15:6 16:18 17:10
35:17,22 36:8,19
38:17,21,21 39:2,2
39:16,21 40:11
41:12,17,24 42:10
42:15 43:1,7,13,25
44:3,18 45:6,7
47:18,20
**argue** 38:13 47:2

**arisen** 45:21
**arises** 13:8
**around** 9:10 10:13
12:8 17:7 26:11
39:6 40:5 45:9
47:9
**arraigned** 23:22
**arraignment** 11:12
23:22
**arrange** 11:23
**arrangement** 19:9
**arrangements** 36:9
**arrest** 17:3
**arrested** 13:19
**Art** 41:7
**Arthur** 1:23 3:12
16:10 17:10
**articulated** 16:7
**asked** 14:12
**asking** 18:10 41:21
**assess** 16:14
**assets** 16:17 28:11
**associates** 19:7,19
**assume** 11:20 22:17
37:8
**assuming** 21:18
**assumption** 35:10
**assure** 47:11
**attempt** 25:16
**attention** 27:9 28:20
44:19
**attorney** 11:20
**attorneys** 19:10
**attorney's** 7:11
46:12
**audience** 29:8
**August** 14:13 16:3
33:25
**authority** 27:17 28:1
**automatic** 18:17
**availability** 22:4
36:17 42:21
**available** 9:13 15:5
16:17 24:7,11
28:11 31:1,21,22
32:18 33:1,5 34:23
45:15 47:12
**Aventura** 1:21 2:8
**Avenue** 1:16 2:4,8
2:12 48:12
**awaiting** 7:9 26:14
27:22 39:21
**aware** 25:9
**away** 14:22 19:5
29:17 33:15
**a.m** 9:23 47:22
**A.U.S.A** 1:14

## B

**back** 3:17,18,24 7:1
15:25 20:9 22:17
22:18 30:7 31:8,8
34:20 39:7 42:7
43:13 44:5,23

**background** 6:8
39:14
**bad** 15:20 33:16
**bags** 13:22 34:16
**bail** 35:25
**bank** 13:23 34:12
**Bar** 6:4
**Barry** 2:3,3 3:14
**barrywax@bellso...**
2:5
**based** 9:25 21:10
23:2 33:21 36:20
39:15
**basically** 5:11 7:24
12:16 26:13 30:1
41:10,23
**bear** 16:1,1 19:25
24:19
**become** 11:18,20
**Beemsterboer** 46:13
47:12
**before** 1:11 6:11
10:9 18:5 20:21
23:14 24:5 25:16
27:25 32:7 45:20
**begin** 26:22
**beginning** 23:12
**behalf** 3:15,17 38:17
**being** 25:3 30:14,19
42:4
**beings** 32:3
**belabored** 36:6
**belief** 31:12
**believe** 6:11,25 8:15
14:20 20:23 22:14
22:22 23:1 26:18
26:19 27:18 43:17
43:23 44:13,19
**Benefits** 23:14 31:1
31:3
**besides** 19:20 31:2
**best** 5:7,14 6:2 7:16
8:11 10:4,18,23
16:3 26:25 30:24
31:16 42:5 43:17
43:22
**better** 16:4 19:21
27:3 30:8 40:6
**between** 32:23,24
**beyond** 18:22
**bifurcated** 35:12
**big** 8:9 25:13 38:12
42:12
**binding** 39:11
**Bird** 21:6,8,13 31:18
**Biscayne** 1:20
**bit** 8:16 17:19 34:3
43:12
**bless** 12:17
**block** 40:1
**blocked** 26:16
**blocking** 42:23
**blocks** 32:22 44:13
**bond** 1:6 6:18,21

6:25 7:4,13 11:14
11:15,16 29:8
31:25 32:1
**bonds** 6:13
**both** 37:18 46:13,14
**Boulevard** 1:20
**bound** 31:22
**boxes** 15:7 34:16
**break** 18:18,18
44:22
**breaks** 26:5
**brethren** 35:6 36:1
**Brickell** 2:4,8
**brief** 8:8
**briefed** 22:12
**bring** 18:24 28:20
37:8 44:5
**bringing** 27:9
**brings** 38:12
**brought** 16:13 18:25
20:1
**Building** 1:16
**bunch** 47:5
**burden** 9:5 41:1
**business** 3:23
**busy** 5:20 43:8

## C

**C** 48:1,1
**calculation** 5:12
**calendar** 12:8 35:1
38:23
**calendars** 4:8 8:1 9:4
9:4
**California** 18:15
**call** 37:14
**candidate** 29:20
**care** 24:16
**careful** 29:18 38:24
44:2,19
**carefully** 38:25
**Caroline** 47:4
**cartons** 38:12
**case** 1:3 4:4 16,17
5:1,18 8:6,12,14
8:21 10:11,19,25
11:13 12:5,9,16,18
12:24 13:2,12
14:14,17,20,25
15:12,13,13 16:2
16:15 17:18 18:10
19:10 20:13 21:1,4
21:5,12 23:6,10,13
23:14,16,19,22,22
24:1 25:7,8,9,13
25:24 26:2,6,21,21
27:1,3,6,19 28:11
29:4,5,6,9 30:9,13
30:14,14 31:1,2,3
31:3,5,6,13,15,17
31:19 32:6,9,15,19
32:20,23,23 33:11
33:15,19 34:2,21
35:15,17,19 36:18

37:22 38:1 41:19
42:24 43:2 44:25
47:4
**cases** 9:6,8 14:3
15:18 24:12 31:7,9
33:2 35:18 36:6
38:19,23 39:1,2,2
39:3
**catch** 18:15
**caveats** 42:16
**CD-ROM** 16:24
**certain** 19:25 25:10
35:4 36:11
**certainly** 9:2 12:25
13:13 25:14 27:8
29:13 33:16 36:25
39:24
**certainty** 30:13
**certify** 48:2
**chance** 34:22
**change** 12:2,8,14
39:1,9
**changed** 27:18 44:4
**chatted** 25:7
**checked** 6:16
**Chicago** 5:25
**chose** 31:20
**Christian** 18:7
**Christmas** 18:9 26:4
**circuit** 4:10
**circumstance** 4:13
36:7 41:16
**circumstances** 29:23
41:5,9
**civil** 16:13 34:11,13
36:14,14 39:3
**claims** 4:10
**clearing** 35:21 36:8
**clearly** 32:19
**client** 9:16 10:24
11:14,23,24 12:1,1
12:11,12 13:9,10
13:10,14 18:14
19:6,11,16,17
24:23 29:2 37:20
37:20 38:17 39:21
40:16 42:23
**clients** 41:8,24
**client's** 41:18
**clinics** 13:19
**close** 9:22
**colleague** 47:9
**colleagues** 26:1 45:9
**come** 6:3 7:25 8:9
9:3 12:22,24 15:6
15:7,25 18:5 24:25
29:6,16,22,22,23
30:7 38:11 44:23
46:20 47:1
**comes** 4:6 24:1
**comfortable** 33:10
**coming** 11:25 12:16
29:9
**comments** 8:17

16:11
**commit** 18:21
**commitment** 24:6
**commitments** 33:17
36:7
**committed** 19:24
**companies** 34:9,17
**company** 34:2
**complex** 37:11
**complexities** 4:2
**complexity** 33:2
**compliance** 27:20
**complicate** 37:24
**complicated** 45:1
**complicating** 21:3
**computerized** 16:24
**computer-friendly**
16:21 17:5
**concern** 11:8 18:6
35:14 36:10 46:23
**concerned** 24:15
43:20,21,23
**concrete** 4:12 11:9
24:5 28:7 39:10
40:4
**conditional** 30:6
**conditioned** 41:22
**conditions** 42:16
**conduct** 17:16
**conference** 1:10 3:2
3:25 27:1 28:7
**conferences** 4:21
15:2 38:6 44:20
**confident** 22:20
**confinement** 36:10
40:24
**conflict** 4:9,11 6:5
10:18 11:5 42:7,9
42:12
**conflicting** 35:4
**conflicts** 8:25 10:12
36:12
**conflict-free** 4:24
**connection** 17:1
**consequences** 35:12
**consideration** 7:25
13:13 27:21 40:10
43:10 45:8
**considerations** 32:2
**consistent** 7:11 12:4
**consulting** 29:1
**contemptuous** 29:24
**contingencies** 45:4
**continuance** 20:25
22:24 35:13 42:24
**continue** 35:10
**continued** 25:19
26:19 27:14 30:20
**continues** 41:16
**continuing** 35:1
**control** 7:19 24:15
33:9
**CONT'D** 2:1
**convincing** 35:24

**cooperate** 26:11
43:10
**corporation** 23:14
28:21 29:2,16
34:10
**correct** 7:1 30:20
42:14 43:3
**correctly** 16:8
**cost** 28:12
**counsel** 3:15 11:12
11:19,20 15:5 28:9
28:12,21 33:22
34:1,23 35:6 45:16
**count** 44:22
**country** 10:2 36:12
44:24
**couple** 25:20 32:13
41:11 44:22 45:5
**course** 7:9,17 8:13
9:7 13:9 15:1 18:2
21:17 38:5 40:19
41:16 44:4
**court** 1:1 2:11,11 3:1
3:9,18,20 4:2,5,9
4:10,10 6:16 7:8
8:18,23 9:2 10:4
10:22 11:2,22 12:5
13:1 14:4,8,16,19
16:9 17:9,12,16,16
18:1,5,13 19:4
20:14,18 21:17
22:15 23:9 24:9,13
24:14,17 25:13
26:15 27:8,11 28:5
28:16,24 30:16
31:24 32:2,12,16
34:6,24 35:2,3,16
36:3,20,23 37:2,5
38:3,5 40:13,19
41:2,10,20 42:3,12
42:15,22 43:4,17
43:24 45:9,20,22
46:16,25 47:14,22
48:11,11
**Courthouse** 2:12
48:12
**courtroom** 3:19 7:2
29:13,14
**courts** 45:9
**Court's** 8:17 27:5
28:20
**co-defendant** 21:13
23:3,5 31:17
**co-defendants** 14:14
21:11
**crash** 47:5
**create** 35:18
**criminal** 1:15 15:18
20:24 25:5 33:2
35:11 39:4 44:2,25
47:4
**Curacao** 10:10
**currently** 7:4 35:8
**custodial** 14:14

**custody** 6:18,20 7:4
7:9 13:10,14 24:24
26:13 27:6,22 32:3
39:21
**cutoff** 18:17

**D**

**D** 2:12 48:12
**database** 34:8
**date** 4:1,25 5:18 6:5
6:9 7:8,10,19 8:25
9:24 10:17 11:6,8
11:13,24,25 12:1,6
12:11,12,20 14:1,1
14:3,5 16:17 17:11
20:23 21:5 22:19
22:21 24:5,17,21
25:15,21,22 26:16
27:17,24 28:6,14
28:23 29:11,14
30:3,8,10 31:10
33:23 35:17 36:1
39:15,20 40:7,11
41:7,11,12,17,24
42:25 44:11,15
45:2,6 47:19 48:10
**dates** 14:2 22:25
24:14 40:3 45:11
**Daubert** 37:3,15,23
**day** 12:13 13:19 17:2
18:3 19:13 38:11
45:23,25,25 46:2
46:21
**days** 5:2,10,13,16
7:17 8:4,19 9:22
10:19 17:18 20:5
24:25 27:2,23,25
33:4 34:19 39:5,5
44:24 45:5,19 46:1
46:7,8,9 47:10
**DC** 1:17
**deciding** 22:24
**decision** 33:24,25
**defendant** 1:18,22
2:2,6 3:11 7:3
21:12 39:16
**defendants** 1:9 6:18
6:20,23 8:21 15:5
21:1,11 27:7 29:13
31:12,13,14 38:8
41:21 43:6
**defense** 7:25 8:9
14:22,23 16:15
20:13 24:1 28:12
34:23 35:6 37:9
41:19
**degree** 33:9
**delay** 45:17
**delays** 17:6
**delineate** 38:25
**deliver** 15:10
**demanding** 41:23,24
**denied** 22:18
**denies** 31:11

**Department** 1:15
34:12 46:14
**depending** 9:13
38:18 46:6,18
**described** 35:13
**designated** 47:8
**designed** 36:17
**desire** 27:5
**detained** 7:6
**detention** 13:21 27:7
35:8,10,23 40:17
**determination** 37:6
**determine** 6:21
**deviation** 4:12
**devoting** 35:21
**Dick** 47:3
**different** 9:20 29:24
36:1,11 38:15
**difficult** 15:23 20:16
20:17,19
**difficulties** 9:25 10:3
**difficulty** 13:8 19:6
36:10
**digressing** 22:15
37:12
**disagree** 23:8
**discourage** 37:17
**discovery** 14:6,8,15
15:14,17,17,24
23:25 33:1,6,7
42:13 47:17
**discussed** 33:24
**discussion** 20:1
25:12
**discussions** 14:18
**dispute** 37:19
**disruption** 28:15
**distractions** 36:16
**district** 1:1,1,11 2:11
4:3 5:21 6:2 15:19
36:15 43:9 48:11
**division** 1:2,15 4:9
5:2 26:14 34:11,13
**divisions** 4:4
**docket** 28:24 31:9
**document** 23:13,25
24:14 36:5 37:21
**documentary** 14:24
23:10
**documentation** 4:18
16:19 33:11 34:21
35:15 38:7,25
**documents** 4:22
13:18 16:24 17:1,7
23:18 24:2,7 34:1
34:2,4,9 38:9,12
**doing** 9:4 12:19 24:5
27:2 42:5 45:15
**done** 25:25
**down** 4:6 6:3 8:22
15:3 30:14 34:19
34:21 38:7,10,21
44:21 46:22 47:3
**downloading** 34:8

**downstairs** 47:13
**drawing** 21:24
**due** 9:20 22:12 35:5
  35:6
**dump** 15:7
**Duran** 1:7,19 3:2,9
  3:11 7:6
**during** 17:18,21,23
  18:11 26:4

**E**

**E** 48:1,1
**each** 3:5 10:11 38:11
**earlier** 34:16 46:10
**earliest** 21:5 30:25
  31:9,16
**early** 17:19 23:4
  30:17,19 31:10,15
  31:16
**easier** 9:10
**easily** 16:20
**Easter** 18:9
**eastern** 5:22
**easy** 16:25 27:15,15
**echo** 16:11
**Ed** 3:17
**EDWARD** 2:7
**ed@slsdefense.com**
  2:9
**effectively** 41:18
**efficient** 4:22
**eight** 10:21,22 14:21
  14:22 17:13,13
  18:19,20 19:2 20:8
  20:9,11,12 26:1
  30:12 33:15 38:4
  38:23 39:1,3,4
  43:24
**eight-week** 26:21
  36:21
**either** 28:21 31:17
**electronic** 23:15
  28:25 34:14
**electronically** 23:18
**eliminate** 15:16,16
**eloquently** 33:7
**elsewhere** 3:23 10:1
**else's** 26:23 37:20
**elucidate** 14:15
**Email** 1:17,21,25 2:5
  2:9,13 48:13
**embody** 45:4
**emergency** 46:6
**emotional** 41:1
**empty** 9:8
**enable** 26:15
**encounter** 17:6
**end** 13:4 18:12 23:22
  27:24
**endeavor** 45:3,7
  46:8
**endorse** 16:10
**enforce** 25:4
**engaged** 14:3

**enormous** 24:3
**enough** 22:21
**ensures** 27:20
**enter** 26:10 29:21
**entered** 11:11 14:17
  29:3
**entirely** 32:23
**entitled** 21:19 22:4,5
  22:7 39:22 43:19
**equals** 5:16
**ESQ** 1:19,23 2:3,7
**established** 12:4
**estimate** 4:25 5:7,10
  5:14 7:16 8:11,15
  9:13 21:22 23:12
  24:8,10 36:21
**estimated** 20:24
  23:19
**et** 1:8 20:22
**evaluate** 24:2
**even** 14:17 23:11,12
  26:22 31:19 36:4
**event** 8:21 35:18,24
  37:23
**eventuality** 21:18
**every** 15:12 18:3
  19:24 25:23 26:2
  26:19 27:25 29:11
**everybody** 6:1 12:20
  15:7,8 29:19 32:1
  32:10 44:11 45:23
  47:17
**everybody's** 5:14
  12:12 46:4
**everyday** 17:17
**everyone** 9:14 26:23
  29:4
**everything** 10:24
  16:22 27:22 32:16
**evidence** 13:16 15:3
  15:10
**exactly** 9:6
**example** 38:22
**except** 13:22 22:3
**excuse** 29:11
**executed** 13:18
**execution** 17:2
**exhibits** 4:19 15:15
**existing** 30:11
**expect** 6:8 9:3 11:7
**expectation** 13:17
**expeditious** 4:21
**expeditiously** 33:8
**expense** 16:22
**experience** 7:21 9:23
  16:3 17:9 21:24
  23:9,24
**experienced** 12:2
  46:3
**expert** 36:23 37:14
**experts** 37:7,17
**extent** 28:10
**extra** 18:16
**extraordinary** 4:13

**F**

**F** 48:1
**face** 4:25 5:15
**fact** 11:19 15:1,20
**factiously** 12:2
**factor** 4:25 5:11 6:21
  15:1 21:3
**factored** 37:5
**factors** 18:21 32:2
  33:9 39:23
**factual** 37:19
**fair** 12:11 39:17
  41:23
**faith** 18:2,7,7,7
**fall** 14:5
**familiar** 32:14
**far** 6:23 15:19 16:18
  43:20,22
**fashion** 15:5
**fast** 47:19
**fate** 32:9
**favor** 6:4
**February** 11:6 13:3
  20:23 22:18,21
  23:20 25:19 26:17
  27:17 30:20,23
  35:1 36:16 42:9,18
  42:24
**federal** 2:11,12
  20:24 36:13 48:11
  48:12
**feel** 33:18
**feeling** 30:15
**feelings** 27:21
**Ferguson** 2:12 48:12
**few** 34:19
**Fifth** 22:1
**fight** 36:8
**file** 45:22 46:2,6
**filed** 5:16
**final** 22:12
**Finally** 26:2
**financing** 16:14
**find** 12:6,9,17,24
  25:15,16 40:25
**fine** 10:11 12:3 16:18
  25:22 29:6,22,23
**finish** 19:12
**firm** 40:3 45:12
**first** 8:13 9:15,20
  11:10 21:14,21
  27:11,20
**five** 8:19 13:12 19:1
  19:5 23:15 26:18
  27:16 36:18 43:14
  46:9
**five-day** 9:24
**five-month** 20:24
  21:16
**fixed** 40:4
**FL** 1:21,24 2:4,8,13
  48:13
**Florida** 1:1,6 4:3 6:2
**flow** 4:22 19:23

23:13 24:14 37:1
**follow** 5:6 12:11 25:5
  37:13 45:11
**following** 9:25
**foolishly** 12:2
**foolishness** 46:5
**force** 20:2
**foregoing** 48:2
**foresight** 36:9
**Forget** 22:15
**format** 16:24,24
  17:5
**formats** 16:20
**forward** 4:16 17:5
  39:7 44:5
**found** 21:19 26:9
**four** 8:20,21 9:7,12
  10:22 20:11 31:11
  31:12,13 38:12
  39:2 46:9
**four-day** 36:12
**four-month** 20:4
  31:4
**four-week** 47:6
**frame** 10:6,11,25
**fraud** 1:15 31:4
**free** 10:18
**Frequently** 19:13
**Friday** 5:3,5,11
  12:15 17:17,19
  18:4,12,16,22
  19:13,19,24 22:12
**from** 4:12 7:21,25
  8:8,9,22 9:12,23
  13:8,12,15,20
  14:12 15:25 16:19
  17:16,17 18:15
  19:11,23 23:9,21
  23:24 24:6 25:9
  28:13 31:21,22
  33:22 34:2,9,17
  42:20,21 45:20
  46:23
**front** 6:15 11:6
**fulfill** 43:17
**fully** 7:11 22:12
**full-time** 23:16
**fumble** 47:9
**fussing** 19:22
**future** 11:17

**G**

**gadgetry** 28:25
**Gee** 12:7
**general** 14:19 41:6
**generally** 14:24
**genuine** 8:6
**gets** 7:19 29:24
  44:14 45:1
**getting** 12:20 22:3
  32:23,24 39:25
  45:16
**give** 10:11 14:16
  24:8,10 25:2,2

30:24 34:3,19 39:8
  40:4 43:19 44:11
  45:16 46:2,8,19
**given** 4:1 5:7,15 8:16
  10:23,24 14:23
  22:1,9 26:16 27:6
  31:8 32:5 33:14
  35:15
**gives** 27:11 33:25
**giving** 6:7 37:21
**glad** 19:25
**go** 5:3,6 7:18,23,24
  8:22 9:15,16 12:9
  12:15 16:21 17:5
  17:20 19:13 21:14
  21:15 24:24 25:11
  28:5 31:12,13,14
  33:4 34:18 37:22
  42:15,18 45:10
  46:2
**God** 12:17
**goes** 4:16 15:18 20:5
**going** 7:25 8:7 9:22
  13:22 15:3,6,10,13
  15:23 18:8,13,16
  19:15,24 20:2,9
  21:2,3,4,7,21,22
  22:11,20,22 23:13
  24:7,9,14,25 25:10
  25:19 26:19,20
  27:14,18 30:13,16
  34:18,25 37:6,8,10
  37:13,18,22 38:8,9
  38:20 39:19 40:9
  40:10 42:7 43:13
  44:1 46:16,18
  47:19
**gone** 45:10
**good** 3:12,14,16,24
  6:3,4 17:11 20:7
  20:18 24:22 28:16
  30:9 32:8 43:8
  47:2,7,13
**goodbye** 12:18
**goodness** 23:19
**government** 1:14 3:6
  5:1,7,15 7:15,18
  7:19,23 8:8,10
  9:12 11:14 13:16
  13:22 14:15 15:4
  16:13,19,23 17:4
  23:12 24:6,13,18
  25:3 32:6,7 33:18
  33:23 34:7,15 35:5
  36:1 37:8 38:8
  43:7,13,15,21
  45:14 46:17
**government's** 15:9
  32:15
**Grand** 7:21
**grandkids** 40:6
**grant** 21:2
**granted** 11:14 22:16
**granting** 22:23

**grants** 21:13 23:3
**great** 10:7
**Gregory** 47:4
**group** 3:4 5:22 26:14
**guess** 31:16 42:23

**H**
**ha** 29:10,10,10
**habits** 33:16
**half** 20:5 24:20
**handle** 33:1,5
**handled** 33:8,10
**happen** 37:10
**happened** 19:1
    40:25
**happens** 29:20 44:10
**happy** 9:1 26:12
    27:14
**hate** 33:16 44:14
**haul** 17:7
**having** 40:19
**hear** 8:3 45:25
**heard** 29:11 33:22
**hearing** 4:7,14 6:11
    6:12 13:21 21:1
    22:10,13 23:2
    29:16 30:1 39:16
    40:20 46:7
**hearings** 4:16 5:20
    15:15 29:8,17 37:4
    37:23 38:24 46:9
    46:17
**heavy** 41:1
**heck** 26:3 47:4
**held** 40:17
**help** 20:7 23:17
    43:11
**her** 3:18 6:25 36:3
**HERR** 2:10 48:9,10
**high** 8:16 11:15
**highly** 31:9
**him** 8:4 21:21 40:17
    40:25 41:1,4,21
    43:11,11 44:13,14
**hints** 37:22
**hiring** 29:15 37:18
**hits** 24:1
**hold** 22:13,19,20,22
**holidays** 18:2,6
**home** 17:20
**honor** 3:7,12,14,16
    6:24 8:13,14,24
    9:19 10:2,21 11:4
    12:25 13:7,25 14:4
    14:11 16:7,12 17:8
    17:15,16 18:24
    20:12,16 21:10
    22:21,22 24:4
    25:22 27:1 28:4,19
    30:10 32:11,14
    33:17,20 34:3,7
    35:7,24 36:22
    40:12,21 41:13,14
    41:16 42:2,11,14

42:20 43:3,16,23
    45:19 46:22 47:11
**HONORABLE** 1:11
**Honor's** 9:23 28:15
    35:19
**hope** 11:13 12:17
    16:20 17:4 32:12
    47:15
**Hopefully** 27:3
**hoping** 34:21
**horizon** 30:22
**hour** 18:16
**Housing** 40:24
**huge** 25:9
**human** 32:3
**hundreds** 13:17
    16:25
**husband** 3:18
**hypothetically** 21:18

**I**
**idea** 14:16 28:11
**identical** 33:16
**images** 23:15,17
**impact** 16:14 35:19
    35:25 43:1 45:24
**impacts** 7:8 11:18
**importantly** 12:1
**impossible** 23:20
**incarcerated** 39:16
**incident** 14:24
**including** 34:15
**indicated** 21:2,7,12
    22:13,23 30:25
    31:7 33:12 41:13
    46:11
**indications** 21:4
**indicted** 31:13
**indictment** 4:6 5:1
    5:16 7:19 8:16
    24:21
**individual** 6:18
**individuals** 13:19
**indulgence** 17:15
**information** 34:3
    39:14 43:19 45:15
**initially** 6:21
**injunction** 16:14
**injunctions** 16:12
**input** 8:2,6 24:18
**inquire** 7:15
**insist** 40:9
**insistence** 39:20
**intend** 4:23 45:11
**intends** 15:4
**interest** 13:11
**interference** 27:5
**interim** 44:20
**involved** 28:22
**involving** 36:14 47:5
**isolated** 41:1
**issue** 13:6 14:16
    17:25 22:13 23:10
    23:10 24:1

**issued** 16:13 34:11
**issues** 14:6,14 15:9
    28:9 31:8 36:14
    45:20

**J**
**JAMES** 1:11
**January** 10:2,8
    30:23 31:5,6 36:13
**Jencks** 43:18
**Jennifer** 1:14 3:7
**jennifer.saulino@...**
    1:17
**Jewish** 17:20 18:2,7
**Joel** 20:22
**joining** 41:10,20
**jointly** 21:1
**Jordan** 20:21 22:23
    23:2,15,19 25:7
    26:11 27:13 28:13
    30:4,12,25 32:7,18
    34:25 42:24 43:9
**Jordan's** 30:14
    32:20 33:24 43:2
**Judge** 1:11 6:6,11,12
    6:13,14,15,16 8:3
    10:9 11:6,15 13:2
    20:21 21:2,7,12
    22:12,23 23:1,15
    23:19,24 24:23
    25:7 26:11,15
    27:13,25 28:1,10
    28:13 29:9 30:4,4
    30:11,14,25 32:7
    32:13,18,20 33:24
    34:25 37:13 42:8
    42:24 43:2,9
**Judges** 26:10 30:4,5
    30:8 33:17
**Judge's** 25:7
**Judith** 2:2 3:15
**July** 14:10 32:22
**juncture** 11:8 16:16
    28:6
**June** 14:11,21,21
    15:7 16:3 22:17
    32:22,24,24
**juries** 45:1
**juror** 37:12
**jury** 7:21 18:19,20
    37:9,19
**just** 4:10 5:5 6:7
    7:20 9:7 10:23
    14:19 15:6 17:7,15
    18:4,12 19:22 20:9
    21:23 23:24 25:11
    26:2 27:24 28:12
    31:23 34:3 37:25
    38:12 41:13,20
    42:4 46:25 47:14
    47:15
**Justice** 1:15 34:12
    46:14
**justifiably** 19:1

**K**
**keep** 19:21 26:8
**keeping** 27:22 29:3
**keeps** 8:18
**kept** 26:2
**kids** 40:5
**killed** 47:5
**kind** 18:17 20:20
    23:25 24:6 30:3
    34:4 37:14 45:22
**King** 1:11 8:3
**knew** 29:7,8,14
**know** 4:1,5,7,12,17
    5:3,9 6:10,19,23
    9:9 13:15,18 17:12
    17:16 18:3,8,14
    20:1,10,10 24:4,9
    25:1,4,8,13,13,19
    30:5,16 31:23 34:4
    36:2 37:2 38:20,22
    39:23 41:20 43:18
    43:22 44:12 46:11
    47:16
**knowing** 4:17 5:10
    9:22
**knows** 6:1 11:25,25
    12:1,11,12 16:12
    21:10 36:3

**L**
**L** 1:14
**label** 30:5
**large** 4:2 12:23
**Larry** 2:10 3:10 48:9
    48:10
**larry_herr@flsd.u...**
    2:13 48:13
**last** 4:3 6:14 11:7
    23:2 34:15 39:10
**late** 33:16
**lately** 37:15
**later** 10:3 31:18 46:7
    46:8,8 47:10
**Lauer** 31:3,6
**law** 2:3 37:7
**LAWRENCE** 1:7,11
    1:19,19
**lawyer** 6:3 11:24
    12:3,4 24:1 26:16
    29:1,7,16 36:6
    37:18
**lawyers** 5:20,22 6:1
    10:17 19:7 20:18
    24:16 26:14,15
    31:14 32:18 38:19
    41:25 43:8 46:3
**lay** 37:12
**learned** 6:17
**least** 6:17 14:21
    33:11 43:20
**leave** 26:13 29:21
    32:7
**length** 9:21 17:12
    36:10

**less** 5:12 27:4 33:12
**let** 7:15 12:8,13 17:9
    17:19 18:18 22:17
    32:5 40:17
**let's** 10:23 32:9,12
    38:3 42:18
**level** 15:20
**lies** 42:22
**life** 29:18 33:15
**light** 14:1
**like** 9:15 10:6,8,25
    12:3,13 17:7 18:21
    19:6,15,21 22:8,8
    24:24 25:21 33:23
    34:4 37:19 40:2,2
    41:1 44:4,11,11
    47:3
**likes** 8:3
**listen** 29:12 37:18
    47:17
**literally** 4:11
**little** 5:12 6:7 9:10
    17:19 19:17 22:10
    34:3 37:22 43:11
**live** 12:20
**locally** 46:12
**locked** 35:11
**Loewy** 2:7
**logic** 43:2
**long** 8:6 24:8 26:22
    32:9 41:8 46:21
**longer** 8:5 19:13
**look** 15:25 30:8 44:1
    44:2 45:2
**looking** 5:21 23:23
    27:19 38:21 44:18
    47:18
**looks** 22:8,8
**lot** 4:18,18 15:16
    19:5 27:8 30:2
    37:8 38:9 45:10,17
    47:20
**l.metsch@metsch....**
    1:21

**M**
**M** 2:3
**made** 6:25 12:14
    24:7 25:20 43:5
    44:10
**Magistrate** 6:11,12
    33:3 40:22
**Magistrate's** 40:16
    41:14
**magnitude** 33:11
**main** 7:24
**maintain** 36:17
**major** 11:5 18:2
**make** 16:25 34:22
    36:9 37:5 45:8,12
**makes** 25:15 27:8,23
    30:2 33:24
**making** 15:4 39:22
**man** 21:20

**manage** 4:22
**Management** 3:4
**manner** 16:21
**many** 3:22 9:6 10:20
17:7
**March** 10:8 13:4
44:5
**Margarita** 2:6 3:17
**MARIANELLA**
1:23
**Martinez** 28:10
**massive** 42:13
**matter** 3:2 11:7
22:14 48:3
**matters** 10:1 18:7
33:1,7
**may** 3:5 4:20 5:8,9
5:11,12 6:19,19
10:14,19,22 14:3,6
14:21 15:24 17:1
18:14 19:6,9,13
20:16,17,20 22:17
22:18,19 28:4,11
32:13 33:24 34:20
35:2,18,25 37:13
37:17,23,24,24
38:6,14,25 39:2
43:11,25 44:21
45:10,19,20,23,25
46:7,19
**maybe** 10:4 26:25
28:12,13 38:15
**MBC** 23:14 31:1
**mean** 7:13 14:9
17:12 18:22 20:2,3
25:16 26:8,9 29:12
36:24 37:3,16,21
**Medlink** 3:3 34:10
**meet** 37:15
**meeting** 24:16 29:19
**memo** 22:12
**mental** 41:18
**mentioned** 34:16
40:22 47:15
**merely** 14:6
**met** 7:5 15:10
**metropolitan** 4:2
**Metsch** 1:19,20,20
3:10,10 16:9,10
17:10,15 18:4,10
18:24 19:1 23:8
40:14,15,21 41:4
41:13
**Metsch's** 13:9 19:11
**Miami** 1:2,6,24 2:4
2:12,13 46:15
48:12,13
**MICHAEL** 2:3
**middle** 26:6 34:25
42:25
**might** 14:16 29:9
30:18 34:24 42:18
**million** 23:15
**mind** 16:1,1 19:25

24:19
**mine** 9:5,10 40:16
**minute** 25:11 39:10
**minutes** 6:10 10:14
10:14
**mispronounce** 42:3
**miss** 29:17
**missing** 29:19
**modification** 44:7
**moment** 16:12 20:9
21:21 40:23
**Monday** 5:3,4,10
17:17 45:7
**money** 37:1
**month** 7:20 36:18
**months** 13:12 14:12
14:21,22 19:2,5
23:21 25:23 26:2
26:18 27:16,16
30:12 33:12,15
38:5 39:3,4,9
43:14 44:18,19,21
**Moore** 11:6 13:2
27:25 30:5
**Moore's** 42:8
**more** 6:20 11:7
14:12,16 18:1 26:5
33:15,21 40:21
41:6
**Moreno** 28:1
**morning** 3:1,12,14
3:16 4:15,23,24
8:17 25:1 33:22
34:16
**most** 4:5 12:1 20:16
20:17 29:23 46:15
**motion** 20:25 21:6,9
21:13 28:14 31:11
35:20 45:24 46:6
47:2
**motions** 43:4,5 44:10
46:2
**move** 39:6,7 43:5
44:4 47:19
**moved** 30:14,21 31:5
**moving** 21:12 38:17
39:15 41:8
**much** 8:7 20:10
28:15 41:5 43:3
47:21
**multi-defendant**
20:25
**Muslim** 18:7
**must** 4:25 6:21
35:20
**Mutual** 23:14 31:1,3
**myself** 9:5 18:21
33:3

_____

**N**

**nail** 38:7,9
**nailing** 15:3
**name** 3:10 25:8
47:15

**names** 42:3,4,6
**nature** 46:7,18
**near** 11:17
**necessarily** 13:5
**necessary** 9:21 33:21
**need** 7:20 8:4,5,7
9:17 15:18 32:13
33:24 34:20 41:17
42:17 46:3 47:13
**needs** 11:20
**Negron** 2:2 3:3,15
7:4 42:1,2,6
**never** 25:24 29:24
33:14
**new** 1:16 5:8,25 6:3
11:22 18:15 22:25
25:21 38:15
**next** 3:18 12:13 22:9
25:20 27:24 31:20
34:19 45:5,23,25
**Nice** 3:16
**night** 17:23 18:16
**nobody** 15:19
**nominate** 29:19
**None** 42:11
**nothing** 4:17 22:2
**notice** 35:20 38:20
46:9,20,23
**notion** 41:10
**November** 11:12
**number** 7:15
**N.W** 1:16,24

_____

**O**

**obligation** 29:12
36:2
**obligations** 43:18
**observance** 18:6
20:3
**observe** 17:20
**obtain** 41:17
**obtained** 24:6
**obviously** 13:11 44:3
**occur** 21:18
**OCTOBER** 1:7
**odds** 21:22
**off** 20:5 23:5 25:11
25:12 26:20 32:13
**offer** 15:4
**office** 39:25 46:12
47:1
**Offices** 2:3
**Official** 2:11 48:11
**oh** 10:7 15:8 19:21
13:2 20:14 29:10
**old** 29:18
**one** 4:14 5:24 6:18
6:20 7:15 11:5
17:15 19:7,9 20:17
21:1 25:24 26:13
26:24 27:25 28:20
30:22 38:11,13,13
38:18,22 41:12

47:7,15
**onerous** 36:14 41:6
**only** 5:21 7:3 8:21
11:8 13:20 14:1
25:4 42:7
**open-ended** 38:11
46:1
**options** 32:18 33:14
45:5
**order** 26:10 27:12
28:9 30:6,11,11
35:8,19,23 45:4,7
45:13
**orders** 27:10 29:3,4
29:21 35:12
**organize** 26:7
**organized** 26:12
**other** 4:4,9 6:6 11:23
14:3 15:22 16:24
17:2 19:10 21:20
24:11 25:6 26:10
27:24 30:4,5,8,22
31:9 32:6 33:17,17
35:10,18 36:6,7,16
38:12,18 39:8
41:12,24 43:5,18
44:10 45:9
**others** 26:4 33:6
45:24
**otherwise** 15:21
17:24 22:5 29:2
**ourselves** 46:22
**out** 5:5 10:1 13:10
13:14 15:8 17:19
19:8,9,11,14,18
21:20 25:15,16
26:16 27:16,16
29:1 30:12 32:22
36:12 38:25 40:1
40:25,25 42:23
43:10 44:13 45:4,7
45:13 46:5
**outcome** 35:8 36:2
**outline** 33:6
**outlined** 32:19 40:2
**outlook** 41:18
**outside** 41:7
**over** 3:21 5:21,22
15:9 25:6 26:7
28:1 32:8 33:9
34:19
**overseized** 34:20
**oversimplify** 24:19
**own** 29:18

_____

**P**

**pages** 13:18
**paper** 4:18,22 15:8
46:10
**paperwork** 34:17
**paralegal** 23:17
**pare** 34:19,21 44:20
**parenthetically**
21:17 22:2,8

47:1,18
**particular** 9:17 36:7
**particularly** 6:9 8:16
44:8 47:18
**parties** 22:10
**parts** 44:24
**past** 16:23 25:25
**Pat** 47:3
**patient** 13:20
**pay** 16:6 28:12
**pending** 20:25 21:7
**Penthouse** 2:4,8
**people** 3:22 7:9
12:15 19:14 26:13
27:22 29:12,13,17
29:21 31:24 32:8
37:9 44:11 47:2,3
47:5,7
**percent** 21:23,23
**perception** 14:19
32:20
**perhaps** 8:16 9:10
14:5,13,15 28:4
33:25 34:20
**period** 9:9 26:4 39:8
**periods** 5:17 25:10
**permanent** 11:11,13
11:18,20 28:9
**person** 22:1 31:18
**personal** 27:21
**personally** 23:1,9
32:14
**Philadelphia** 5:25
**pick** 4:1,8,10 10:15
11:22 24:13 26:16
27:23 44:15 45:11
**picked** 24:21 25:21
**picking** 10:17 15:13
22:25
**picks** 24:17
**picture** 27:4
**places** 10:16
**plain** 45:8
**Plaintiff** 1:5
**plan** 13:16 34:18
40:5,5
**plane** 18:15
**planning** 35:7
**please** 35:3
**plenty** 32:11 38:20
47:2
**plugged** 26:3
**pocket** 9:4
**point** 6:17 8:9 11:10
12:20 13:25 14:20
15:23 16:2 21:25
22:3 23:11 26:9
28:8
**policy** 26:17 27:11
**political** 29:18
**pop** 47:16
**population** 41:7
**posed** 14:6
**position** 16:7 35:11

36:11 40:15 43:7
**positions** 35:4 39:18
**positive** 40:6
**possibility** 24:22
27:19 32:21
**possible** 4:18 42:19
42:20
**post** 11:16
**posture** 21:19
**potential** 29:1
**practically** 23:16
**practice** 44:24 47:16
**predicated** 5:8
**prefer** 45:22
**preferred** 28:6
**preliminary** 6:12
**premise** 35:9
**preparation** 10:24
14:2,22,23 31:23
35:14 39:25 42:21
44:12
**prepare** 8:7 24:2,9
35:22 36:4 43:1
**prepared** 7:12 23:20
43:20
**preparing** 45:15
**presence** 27:12
**present** 3:15 17:24
21:4 41:16
**presently** 39:16 42:8
**preside** 32:8
**pressing** 26:5
**presumably** 7:10
**presume** 8:11 31:25
**presuming** 7:17
**pretrial** 27:6
**pretty** 20:5 43:8
44:9
**prevalent** 44:23
**previously** 10:1
**pre-marked** 15:16
**pre-trial** 14:2
**price** 16:6
**primarily** 15:23
19:16
**primary** 4:1,14,23
**prior** 7:6 9:23 13:4
30:11
**prison** 41:6
**probability** 40:9
**probably** 4:15 7:23
8:8,20 23:23 32:20
33:21 36:13 37:5
39:22
**problem** 12:21,22
13:1 15:22 17:24
19:3,5 26:20 27:9
39:1 41:4 42:22
**problematic** 13:6
**problematical** 32:25
33:13
**problems** 4:4 9:17
14:8,24 15:17,17
19:23 22:2 24:17

25:6,14 26:5 27:21
33:6 45:5
**procedure** 12:5,10
25:5
**procedures** 41:5
47:16
**proceed** 6:9
**proceeding** 13:11
**proceedings** 48:3
**process** 10:14 34:8
**produce** 16:20,23
**production** 33:8
34:9
**Professional** 3:4
**program** 35:21
**projection** 16:10
**promise** 39:11,13
**prompt** 46:17
**promptly** 4:6,6 7:10
27:5
**propose** 28:4
**proposed** 37:25
**prosecuting** 32:6
**prospective** 13:8
**protect** 10:17 30:6
**protocol** 9:24 35:21
**providing** 13:16
**proviso** 16:19
**purpose** 4:1 7:14
27:2
**purposes** 4:14
**push** 22:17,18
**put** 9:5 13:4 17:4
21:21 23:5 26:20
32:12 39:18 40:23
42:25
**putting** 19:20 27:19
34:24
**p.m** 9:23

**Q**

**question** 22:24
**quickly** 13:11 17:6
**quit** 19:21

**R**

**R** 2:7 48:1
**rather** 8:8,20
**re** 11:11
**reach** 47:8
**ready** 7:18,23 8:11
8:14,23,24 9:1
12:17,21 24:20
32:23 33:12 39:13
39:25 40:3 43:14,24
43:15 44:14 45:16
47:20
**real** 41:4
**realistic** 14:1,3,16
20:12 24:8 31:10
**realistically** 14:13
**really** 21:25 24:22
**reason** 11:10 13:15
14:4 25:1 26:19

**reasonable** 5:7 9:13
14:23 18:18 27:13
30:18 32:17 33:23
36:5,6,20
**reasonably** 19:23
25:19 26:24 27:18
**reasons** 11:9 40:22
**reassemble** 12:14
**receive** 41:15
**received** 34:9
**recently** 3:24
**recess** 44:22
**record** 21:15 25:11
25:12
**records** 13:20,22,23
34:12
**referring** 25:6
**reformatting** 16:22
**regarding** 6:8 36:25
**related** 15:17
**relationships** 47:13
**relevancy** 37:4
**relevant** 9:9 22:5
**religious** 20:3
**rely** 37:7,12 38:8,9
39:9 40:5
**remain** 8:21
**remains** 11:19
**remember** 26:1 32:8
**repeat** 42:17
**report** 11:11
**REPORTED** 2:10
**Reporter** 2:11 48:11
**represent** 3:10 22:21
22:22 29:15 46:16
**representation**
11:21
**representing** 3:13
23:8
**represents** 41:25
42:1
**request** 11:5
**require** 9:22
**required** 18:8
**reset** 21:3,4
**resolution** 25:20
**resolve** 21:8 27:5
**resolved** 15:15 22:9
22:11,14 28:8
47:18
**resolves** 21:8
**respect** 9:20 35:5,6
**respectfully** 24:2
**response** 7:24 8:9
34:10
**responsibility** 15:9
39:7
**rest** 24:8 40:13
**restraining** 28:9
**retain** 28:12
**review** 25:23 34:1,23
35:7,8 41:14
**reviewing** 13:24
39:25

**reviews** 41:22
**revisit** 28:14
**RICHARD** 1:19
**rid** 44:5
**right** 9:12 13:1 16:9
20:7 24:24 25:18
27:9,12,15 30:1,10
32:19 34:6,24
37:14,24 39:15,20
42:6 43:22 44:17
**risk** 29:18
**rolling** 15:6
**roughly** 21:23
**RPR-CM-FCRR-...**
2:10
**RPR-CM-RMR-F...**
48:10
**rude** 42:4
**rule** 1:10 3:1,25 4:15
15:2 27:2 37:9,19
38:6,24 44:19
**rules** 25:4,5 37:13
**ruling** 39:22 40:10
40:16 41:14 44:17
**rulings** 26:15 33:7
41:22
**run** 8:19 13:3 20:4

**S**

**S** 1:7 48:9
**sabbath** 17:20,20
18:4,11
**sacrificing** 16:5
**same** 9:4,5 10:16
22:6
**sat** 29:8
**Saulino** 1:14 3:7,7
3:22 6:14,22,24
7:3 8:10,13,24
28:18,19 32:5,11
32:14 33:20 34:7
43:15,22 46:10,13
46:21 47:11
**saying** 15:8 18:23
20:7 22:16 38:16
39:14,24 40:8
**says** 17:13 29:7 45:6
**schedule** 5:6 8:17,25
9:3,9,24 10:5
19:15 20:17 21:8
25:18 28:15 36:17
45:3
**scheduled** 9:8 14:2
27:25 30:9 31:4
33:15 42:8
**schedules** 4:8 5:19
9:14 25:17
**scheduling** 1:10 3:2
3:25 4:4 13:6 15:2
27:2 30:11 31:21
38:6 44:20
**seaboard** 5:22
**search** 13:18 17:2
**secondly** 7:17 9:25

**secrets** 38:10
**Section** 1:15
**see** 3:16,20,24 5:24
11:24 25:17 37:25
40:8 42:18 44:6,10
45:3,13
**seeing** 37:15
**seek** 35:7
**seeking** 21:11,14
41:14
**seem** 30:21
**seems** 33:20
**seen** 6:10 11:19
**seized** 13:20 17:1
34:1,15
**seldom** 21:25
**self-serving** 12:19
**SENIOR** 1:11
**sense** 25:15 27:8,23
30:2,6
**sensitive** 14:13 32:4
**series** 4:15 15:14
**set** 4:7,12 5:20 6:18
7:4,10 9:5 10:1
11:9,12,24 20:21
24:5 26:17 27:1,16
28:5,6 29:4 30:4,9
31:19 33:23 35:11
35:16 36:16 39:3,4
39:5,10 44:9
**sets** 8:24
**setting** 4:21 7:8 9:18
28:22 38:17
**seven** 24:20
**several** 4:20 24:11
38:6
**severance** 21:6,8,10
21:13 22:7,13,24
23:4 28:14 31:11
31:18 43:4
**shared** 35:14
**sheet** 4:25 5:15 8:15
28:24
**Shohat** 2:7,7,7 3:16
3:17,20 7:1 12:8
20:15,16,20 22:11
22:20 24:23 26:17
28:7,13 30:15,24
31:24 32:1,16
35:13,15 41:25
42:16,20,22 43:3
44:8
**Shohat's** 19:16
**shooting** 45:2
**short** 17:18 46:20,23
**show** 12:19
**shows** 29:7
**shuffle** 39:6
**side** 38:11
**sides** 37:18
**signed** 37:20
**Simonton** 6:15 11:15
**Simonton's** 6:16
**simply** 27:10

sincere 44:12
sir 20:14
sit 20:2 38:13 40:17
sitting 3:18,21 9:8
situations 22:1
six 5:2,17 7:20 8:20
    9:7,12 13:19 19:1
    19:5 20:11 25:23
    26:2 27:16 33:12
    36:18 39:2,3 44:18
six-month 36:4
size 33:2
slide 30:13
slippage 30:18,19
sloppy 40:3
slot 26:21 42:19
slotted 25:6
slough 25:6
small 4:10
solitary 40:24
solve 26:20
some 4:13 6:6 7:21
    8:25 9:10 12:14
    13:21 16:24 19:15
    23:7 24:6 25:15,25
    26:9 27:23 28:10
    29:1,7 30:3 33:9
    34:12,20 35:5
    36:14 37:5,14,22
    40:2 42:4 44:24
    46:10 47:2,17
somebody 6:22 12:3
    12:10 18:14 19:8
    19:20 28:1 37:20
    47:1,8
something 5:4,8 10:8
    17:25 19:16 24:18
    25:21 26:4 37:11
    37:19 38:15 40:4
    41:17 44:9 46:2,4
    46:19
sometime 23:4 31:2
    31:10,18
sometimes 25:5
somewhere 5:9 6:6
soon 4:6 12:18 22:11
    34:22 41:15
sooner 14:5,11
sorry 12:9
sort 30:3
sorted 38:25
sounds 33:22
sources 16:15
Southern 1:1 4:3 5:8
    5:21 6:2
speak 23:1 30:16
Special 40:23
specially 20:21
    36:15
speedy 24:24 27:20
    31:8
spend 46:14
spiritual 17:25
spoken 23:11

spring 17:23 30:19
    31:20
staff 6:17
stand 27:4
standard 37:16
standpoint 31:21,23
    42:21,21 46:24
start 5:5 13:3,22
    15:8 17:22,23 23:4
    23:13 31:6 32:21
    32:21 33:16 44:15
started 18:25 36:8
starting 3:5 8:10
    38:22 45:6
starts 17:21 18:11
    25:24
stated 21:15
statement 39:17
States 1:1,4,11 2:11
    3:2,8 5:23 20:22
    48:11
status 6:19,22 7:13
    7:13 16:11 26:18
    27:1,6,7 28:7 32:5
    32:6,19 40:8 44:12
stay 29:17
Ste 1:20 2:12 48:12
Steinger 20:22 31:1
    32:15
still 7:17 13:4,15
    38:1
stock 31:4
stop 19:24
stories 26:8
straight 20:6
Street 1:24
stuck 29:10
stuff 7:22 17:8
subject 16:18
subjects 37:7
subpoenaed 34:13
subpoenas 34:11
substantial 18:6
    25:8
succeed 35:24
suggest 15:23 24:4,5
suggested 28:8
suggesting 14:9 18:3
suggestion 28:16
    30:2 44:8
suggestions 44:7
suggests 26:24
Sullivan 47:3
summary 36:24,25
    37:2,3,14
summer 14:5,9 16:5
    17:23 21:5 22:17
    30:18,22 31:2,20
    32:22 42:25
summertime 17:22
supersede 13:13
supplied 23:18
suppose 12:14
supposed 25:2

sure 9:2 15:4 32:17
    43:9 44:13 45:14
    47:14
surprise 5:24
suspect 4:16,17
    28:22
switch 12:8
S-t-e-i-n-g-e-r 20:23

———— T ————

T 48:1,1
table 3:15
tacking 27:24
tactical 25:1
take 5:1,12,19 7:25
    8:7 10:14,19,22
    12:5,9,16,24 14:21
    18:18 24:9 26:23
    27:10 40:11 43:9
    44:2,21 45:8
taken 24:15
takes 10:19 27:21
taking 3:23 14:21
    20:5 30:14
talk 5:17 18:14 38:3
    39:19
talked 12:22 42:17
talking 13:17 17:8
    18:19 30:17 37:3,4
    37:4
target 41:12
task 16:6 24:3
teaches 7:21
tell 6:22 8:4,5 9:15
    10:5,5,9,23 18:1
    19:22 23:24 24:10
    26:22 29:14 37:9
    37:18
telling 8:2 19:4
tells 25:9
temp 32:9
temporarily 16:2
temporary 11:10
    16:11
ten 4:3 21:23 26:1
    39:4
tentative 30:3,6 44:9
    45:2
tentatively 44:18
ten-day 38:22,23
    44:2
testify 21:22
testifying 19:16
testimony 21:11,14
    21:20 22:4
Texas 36:15
thank 3:7,20 6:24
    9:19 11:4 16:8
    20:14 23:18 28:16
    28:19 45:19 47:21
their 3:23 5:7,15
    7:11 13:11 18:19
    24:18 29:16
theirs 5:15

themselves 29:3
theoretically 8:22
theories 8:1
Therapeutic 3:3
    34:10
thing 4:24 9:5 10:8
    19:20,24 26:25
    28:24 29:24 32:12
    33:3 38:11 47:17
things 19:8,15,19
    24:15 26:25 33:9
    40:1 41:3 43:5,9
think 4:5 5:12 6:4
    8:3,6,19 9:17,22
    10:4 13:6 16:15
    20:11,12 26:22
    36:18 38:1
thinking 16:3,4
    29:15
third 10:2 36:13
thought 24:22,25
    39:19
thoughts 8:2
thousands 13:17
    17:1
three 5:17,24 6:17
    11:7 13:3 31:4
    42:8,15 43:6 46:8
    47:5,10,15
three-week 26:6
through 5:3,6,10
    10:7,8 12:15 13:23
    16:22 17:17,17
    20:6 23:17 34:18
    34:18 38:24 45:10
    45:10,11
throughout 9:8
tide 5:5
Tifford 1:23 3:12,13
    9:15,19 10:21 11:1
    14:12 17:10,13
    23:8 35:2,4 36:22
    36:25 38:1,4 39:24
    40:12 41:11,13
tiffordlaw@bellso...
    1:25
Tifford's 11:5,24
    13:9 16:10 40:15
    44:12
till 19:11
time 4:8,11 5:14
    7:16,18,23 8:5,7
    8:11,14 9:9,21
    10:6,11,15,16,23
    10:25 14:7 16:22
    17:9 19:25 21:21
    25:9,9,10 26:4
    27:3 28:2,8 32:11
    33:21,25 35:22
    36:4,5,18,19 37:5
    38:23 39:12,25
    40:1,5 41:22 42:23
    44:13,14 46:4,15
timeframe 16:4

timely 15:5,10 17:2
times 3:23 10:15
    46:20
told 32:16
tomorrow 12:13
tons 17:8
Torres 6:11,13,14
tough 18:13
toward 7:15 30:7
    44:15
traditional 18:2,22
    18:23
traditions 12:4
trail 23:4
trailing 31:18
TRANSCRIPT 1:10
transcription 48:3
trial 4:1,8,24 5:1,6
    5:14,17,18,25 6:1
    6:5,9 7:7,8,9,10,12
    7:16,18,24 8:22,25
    9:18,22,24 10:1,17
    10:19,22 11:5,6,8
    11:22 12:6 13:11
    14:1,2 15:3 16:1
    17:12,23 18:25
    20:4,24 21:8,16
    22:6,25 23:5 24:2
    24:21,24,25 25:3
    25:10,15,21,22
    26:5,14,16,21,22
    27:20,22,24 28:6
    28:14,22 30:3,7,10
    30:11,11,17 31:4,8
    31:11,12,13,14,17
    31:18,24 35:11,12
    35:14,17,19,22
    36:1,4,5,7,12,14
    36:15,21 38:2,4,17
    38:20,22,23 39:15
    39:20,21 40:3,6,11
    40:18 41:8,11,24
    42:8,8,15,25 43:6
    44:2 46:11 47:6,19
trials 5:20
tried 10:6 14:17
    25:25 26:3,6 22:24
    39:12,12 47:4
trifling 23:10
trouble 6:3 42:4
    45:11
try 5:2,10,18 8:3,12
    8:14 9:21 10:7,23
    10:25 12:10 17:18
    18:10 26:7 30:3
    31:1 33:19 34:19
    36:17 44:5 46:5
trying 10:10,16
    16:14 19:14,22
    27:12,13 31:7
    33:10 40:4,24
turned 8:15
two 5:24 7:20 10:16
    11:9 14:11 19:7

23:3,21,21 27:6,7
30:21 31:7,14
34:17 36:16 37:18
38:5,18 39:8 40:17
41:21,24 44:18,19
44:21,25 46:7
**two-month** 20:4
**two-week** 5:17 36:13
**tying** 18:20

### U

**uncertain** 35:9
**under** 26:17 40:8,16
41:5,8 43:18
**understand** 7:14
12:21 13:1 14:23
15:12,22 16:23,25
18:1,23 22:3,16
25:14 30:17 37:12
38:16 41:2 42:5
44:23 46:17
**understanding**
14:20
**unique** 12:21 45:24
**Unit** 40:24
**United** 1:1,4,11 2:11
3:2,8 5:22 20:22
48:11
**unknown** 21:6 40:23
**unlike** 5:9
**unlikely** 31:9
**unsevered** 31:10
**until** 3:24 17:22 21:8
26:14 32:21 36:2
**unusually** 31:12
**urge** 35:16,16 45:14
**use** 15:10 16:20 25:3
**usually** 20:18 33:2,3
38:14 46:1
**U.S** 1:15

### V

**vacations** 16:6
**vaguely** 14:24
**Valera** 1:23 3:3,13
7:6 35:25 36:9
**varied** 44:7
**various** 32:17 33:14
33:22
**vast** 15:24 23:9
**verbal** 40:16
**very** 11:15,16 14:23
25:8 26:12 32:17
32:24 33:6 41:1
43:3 46:23 47:13
47:21
**viable** 28:5
**view** 9:21
**viewed** 35:16
**visit** 41:4
**vividly** 26:1
**volume** 13:16 23:25
**voluminous** 13:20
15:14 36:5

**vs** 1:6 3:2 20:22

### W

**W** 1:23
**wait** 7:21 25:23 32:9
33:21
**waited** 25:25
**waiting** 27:23 33:18
40:18 47:9
**waiving** 10:6
**want** 5:14,18 6:5
7:10,24 8:2,2,3,5
8:12 11:21 12:7
16:16 18:14 24:9
24:19 28:22 29:17
29:22,22,23 31:22
32:8,9,12 37:16
39:15,20 41:20
42:5 45:12,12 47:9
47:14
**wanted** 28:19
**wants** 12:23 24:4,18
**war** 26:8
**warning** 12:23
**warrants** 13:18 17:2
**Washington** 1:17
46:12,14
**wasn't** 29:9
**waste** 44:14 46:4
**watch** 19:11
**watching** 19:21
**Wax** 2:3,3 3:14,14
11:3,4 12:25 13:5
14:10 16:5 20:9,12
23:7 26:24 28:3,4
33:6 41:25 42:2,7
42:9,11,14 45:18
45:19
**Wax's** 16:11 30:2
35:14 44:8
**way** 4:22 6:7 10:4,10
15:18,19 18:19
20:20 38:9,18 40:2
41:12 43:10
**ways** 23:7
**Wednesday** 5:5
**week** 6:14 8:19 9:24
10:2,10 15:25 22:9
34:15 36:13 38:18
44:25 46:8
**weekend** 19:14
**weeks** 5:2,17 7:20,20
8:20 9:7,7,12
10:20,22 11:7 13:3
17:13,14 18:19,20
20:8,10 23:3 25:20
38:3,4 41:11 42:8
43:24 44:18,23
**well** 10:9 14:10,21
15:24,24 17:5
19:10 20:5 28:23
29:7 30:8 34:12
36:3 41:15 44:9
46:11

**well-spent** 10:15
**were** 7:6 11:13 13:19
13:21 21:19,20
23:17 31:14 34:9
34:11,12,16
**Western** 36:15
**we'll** 22:14 25:11
**we're** 14:2 19:24
43:23 45:2 46:22
**We've** 18:19
**While** 26:18
**Wilkie** 2:12 48:12
**Williams** 6:16
**willing** 26:11
**window** 36:4,18,19
**wintertime** 17:18,21
18:11
**wise** 17:9
**wish** 9:16 10:2 12:2
**witness** 18:15 19:15
37:2,3,14
**witnesses** 18:18
36:23,25
**wonder** 45:1
**wonderful** 47:1
**word** 41:23
**words** 11:23 15:22
39:8
**wordy** 6:7
**work** 9:10,11 10:12
10:18 19:8,9,17,18
25:17 26:10 27:13
30:3 35:21 43:10
46:5 47:20
**worked** 21:20 26:5
**working** 7:14 23:16
30:7 43:2
**works** 21:25
**world** 29:11
**wrinkle** 28:20
**wrinkles** 35:18
**writing** 25:18,18
39:18 41:15
**written** 26:10 27:10
27:11

### Y

**year** 9:9 11:1 23:23
30:19 31:20 33:18
33:20
**years** 4:4 12:5 23:21
24:20 26:1 32:13
40:18
**yesterday** 6:12,15
7:4 11:15 13:21
40:17,22
**York** 1:16 5:8,25 6:3
18:15

### 1

**1st** 11:1,2 13:4,4,25
14:22 15:6,7 16:18
17:11 22:17 25:19
33:25 35:17,22

36:16,19 38:18,21
39:16,21 40:11
41:12,17,24 42:10
42:16,18 43:1,7,13
44:18 47:18,20
**10-20767-Criminal**
3:4
**10-20767-CR-JLK**
1:3
**11** 30:18,22 31:2
32:22,22
**11th** 20:23 22:18
26:18 27:17 30:20
35:1 42:24
**11:00** 47:22
**12** 30:19,23
**120** 39:5
**1385** 1:24
**14th** 11:6 13:3 42:9
**1400** 1:16
**15** 4:3
**15th** 1:24 10:8,8
**150** 13:21 15:7 34:15
**17** 1:10 3:1,25 4:15
15:2 27:2 38:6,24
44:20
**18th** 39:2

### 2

**2** 2:4,8
**2nd** 39:2
**2:30** 19:21
**2008** 23:23
**2010** 1:7
**2011** 11:1,2 14:5,6
20:23 21:5 22:17
22:21 23:21
**2012** 23:4 30:17
31:10,15,16,19
32:21
**2013** 31:19
**20530** 1:17
**20801** 1:20
**27** 1:7
**29th** 46:2

### 3

**3:00** 18:12,22 19:11
**30** 5:1,10,13,16 7:17
10:14 27:1,23,25
33:4 45:19 46:1,2
**30-day** 28:7
**305/358-7000** 2:8
**305/373-4400** 2:4
**305/523-5290** 2:13
**305/523/5290** 48:13
**305/545-7822** 1:24
**305/792-2540** 1:21
**307** 1:20
**33125** 1:24
**33131** 2:4
**33132** 2:13 48:13
**33180** 1:21 2:8

### 4

**4th** 38:21 39:2 44:3
45:6,7
**40** 9:22 10:19 12:5
**40-day** 38:2
**400** 2:12 48:12
**45** 10:14

### 5

**5:00** 5:4,11 8:19
9:23 17:17 18:17
19:11
**5:15** 17:21 18:11
**5:30** 5:4
**500** 34:16

### 6

**6:00** 19:11

### 7

**7:00** 17:22 18:16
**75** 15:7

### 8

**8N09** 2:12 48:12
**8:00** 17:22 18:16
**800** 2:4,8

### 9

**9th** 11:12
**9:00** 5:3,4,11 8:19
9:23 17:17
**90** 8:4 21:23 24:25
39:5