UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 10-CR-20767-JLK**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JUDITH NEGRON,

        Defendant.
_____/

**DEFENDANT JUDITH NEGRON'S NOTICE OF FILING EXECUTIVE GRANT OF CLEMENCY EXECUTED BY PRESIDENT DONALD J. TRUMP**

COMES NOW, the Defendant, JUDITH NEGRON ("Defendant"), by and through her counsel of record, who files this, her Notice Of Filing Executive Grant of Clemency executed by President Donald J. Trump of the United States of America, copy of which is attached hereto, in the instant case with the Clerk of this Court.

December 29, 2020  
Tavernier, Florida.

                                                           Respectfully submitted,

                                                        *//ss// William M. Norris*  
                                                        WILLIAM M. NORRIS  
                                                        Fla. Bar# 309990  
                                                        William M. Norris, P.A.  
                                                        134 Keys Height Drive  
                                                        Tavernier, FL 33070  
                                                        Telephone: (305)279-9311  
                                                        *wnorrislaw@aol.com*

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on this 29th day of December, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record and pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    *//s// William M. Norris*
                                    WILLIAM M. NORRIS

# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

*WHEREAS* **JUDITH NEGRON**, Reg. No. 95719-004, was convicted, in the United States District Court for the Southern District of Florida on an indictment (Docket No. 1:10-20767-CR-KING(s)-003) of violations of Sections 371, 1347, 1349, 1956(a)(1)(B)(I), 1956(h), and 1957, Title 18, and Sections 5324(a)(1) and 5324(d)(20) Title 31, United States Code, for which a total sentence of 35 years' imprisonment, three years' supervised release, $87,533,863.46 restitution, and a special assessment of $2,400 (mistakenly set forth in the amended judgment as $24,000) was imposed on December 8, 2011; and

*WHEREAS* the said **JUDITH NEGRON** had been confined continuously from the pronouncement of sentence by the United States District Court for the Southern District of Florida on December 8, 2011, until her sentence of imprisonment was commuted on February 18, 2020; and

*WHEREAS* it has been made to appear that the ends of justice do not require the said **JUDITH NEGRON** to remain under supervised release, and the safety of the community will not be compromised if her supervision is terminated;

NOW, THEREFORE, BE IT KNOWN that I, **DONALD J. TRUMP**, President of the United States of America, in consideration of the premises, divers other good and sufficient reasons me thereunto moving, do hereby grant clemency to the said **JUDITH NEGRON**: I commute the remaining term of supervised release imposed upon the said **JUDITH NEGRON** to terminate immediately. I further remit the remaining unpaid balance of the $87,533,863.46 restitution obligation imposed upon the said **JUDITH NEGRON**.

**I HEREBY DESIGNATE**, direct, and empower, the Office of the Pardon Attorney, as my representative, to deliver to the United States District Court for the Southern District of Florida and to the said **JUDITH NEGRON** a certified copy of this document as evidence of my action in order to carry into effect the terms of this grant.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington in the District of Columbia this twenty-second day of December in the Year of Our Lord Two Thousand and Twenty and of the Independence of the United States the Two Hundred and Forty-fifth.*

**DONALD J. TRUMP**
**President**